UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PENN MARITIME, INC.                                    CIVIL ACTION

           Plaintiff,

                                            NO. 2:11-cv-02761

-against-

RHODES ELECTRONIC SERVICES, INC.;               JUDGE HELEN G. BERRIGAN
RHODES ELECTRONICS, INC.; RHODES
SALES & RENTALS, INC.; and NAVICO, INC.

                                           MAGISTRATE KAREN W. ROBY

           Defendants,

***************************************************************************

## NAVICO, INC.'S AFFIRMATIVE DEFENSES AND ANSWER TO PENN MARITIME'S AMENDED COMPLAINT

**NOW COMES, Navico, Inc.,** ("Navico"), and by way of response to the Amended Complaint of Penn Maritime, Inc. (where appropriate, merely "plaintiff"), first sets forth the following as Affirmative Defenses:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are time barred by the applicable statute of limitations, prescriptive period, peremptive period, or by the equitable doctrine of laches.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by Plaintiff's failure to mitigate its damages.

## FOURTH AFFIRMATIVE DEFENSE

The product which forms the subject of this suit was misused by Plaintiff and by others over whom Navico neither had nor exercised any control.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff assumed any and all risks associated with the use of the products that form the subject of this suit.

## SIXTH AFFIRMATIVE DEFENSE

If it is found that any products designed, manufactured, or distributed by Navico are involved in this suit, said products underwent significant and material alteration after said products left the possession and control of Navico.

## SEVENTH AFFIRMATIVE DEFENSE

If it is found that any products designed, manufactured, or distributed by Navico are involved in this suit, said products were serviced, installed, repaired, calibrated, or otherwise altered by a person other than Navico, and said servicing, installation, repair, calibration, or alteration was the intervening and superseding cause of any loss alleged by Plaintiff.

## EIGHTH AFFIRMATIVE DEFENSE

No enforceable agreement existed between Plaintiff and Navico that would provide Plaintiff with a cause of action for the alleged loss herein sued upon.

## NINTH AFFIRMATIVE DEFENSE

If an enforceable agreement did exist between Plaintiff and Navico, Navico performed fully its obligations under said agreement.

## TENTH AFFIRMATIVE DEFENSE

No enforceable warranty existed in favor of Plaintiff that would provide Plaintiff with a cause of action for the alleged loss herein sued upon.

## ELEVENTH DEFENSE

Plaintiff, its agents and representatives, employees, contractors, subcontractors, and/or its predecessors in interest, did not exercise ordinary care, caution, or prudence to avoid the alleged loss, and the alleged loss, if any, sustained by Plaintiff was proximately caused and contributed to by the negligence and fault of Plaintiff, its agents, representatives, employees, contractors, subcontractors or predecessors in interest.  Said negligence and fault bars Plaintiff's recovery from Navico or comparatively reduces the percentage of fault, if any, of Navico.

## TWELFTH DEFENSE

In the event that judgment is rendered against Navico for liability arising out of the claims asserted in Plaintiff's Complaint, which is expressly denied, said judgment must be reduced by the percentage of fault attributable to Plaintiff, its agents, representatives, or predecessors in interest.

## THIRTEENTH DEFENSE

Plaintiff's violation of United States Coast Guard and/or other regulations or laws including, without limitation, the maritime "rules of the road" ("COLREGS") may have caused Plaintiff's loss in whole or in part, and for which Navico is not liable.


**AND NOW,** by way of specific response to the individual allegations making up plaintiff's Amended Complaint, Navico avers as follows:

**1.**

To the extent the averments contained in paragraph 1 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any allegations of fact contained therein is denied and/or denied for want of information sufficient to justify a belief in the truth therein.

**2.**

Navico denies the allegations of paragraph 2 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**3.**

Navico denies the allegations of paragraph 3 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**4.**

Navico denies the allegations of paragraph 4 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**5.**

Navico denies the allegations of paragraph 5 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**6.**

To the extent the averments contained in paragraph 6 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  Navico acknowledges its State of incorporation; however the truth of any other allegations of fact contained in ¶6 are hereby denied.

**7.**

Navico denies the allegations of paragraph 7 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**8.**

Navico denies the allegations of paragraph 8 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**9.**

Navico denies the allegations of paragraph 9 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**10.**

Navico denies the allegations of paragraph 10 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**11.**

Navico denies the allegations of paragraph 11 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**12.**

Navico denies the allegations of paragraph 12 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**13.**

Navico denies the allegations of paragraph 13 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**14.**

Navico denies the allegations of paragraph 14 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**15.**

Navico denies the allegations of paragraph 15 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**16.**

Navico denies the allegations of paragraph 16 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**17.**

Navico denies the allegations of paragraph 17 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**18.**

Navico denies the allegations of paragraph 18 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**19.**

Navico denies the allegations of paragraph 19 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**20.**

Navico denies the allegations of paragraph 20 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**21.**

Navico denies the allegations of paragraph 21 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**22.**

Navico repeats and realleges its responses to paragraphs 1 through 21 of the Amended Complaint as if fully set forth herein, in response to ¶22 of the Amended Complaint.

**23.**

This allegation requires no response from this defendant.  However, and out of an abundance of caution, Navico denies the allegations of paragraph 23 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**24.**

This allegation requires no response from this defendant.  However, and out of an abundance of caution, Navico denies the allegations of paragraph 24 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**25.**

This allegation requires no response from this defendant.  However, and out of an abundance of caution, Navico denies the allegations of paragraph 25 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**26.**

This allegation requires no response from this defendant.  However, and out of an abundance of caution, Navico denies the allegations of paragraph 26 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**27.**

This allegation requires no response from this defendant.   However, and out of an abundance of caution, Navico denies the allegations of paragraph 27 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**28.**

This allegation requires no response from this defendant.   However, and out of an abundance of caution, Navico denies the allegations of paragraph 28 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**29.**

Navico repeats and realleges its responses to paragraphs 1 through 28 of the Amended Complaint as if fully set forth herein, in response to ¶29 of the Amended Complaint.

**30.**

This allegation requires no response from this defendant.   However, and out of an abundance of caution, Navico denies the allegations of paragraph 30 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**31.**

This allegation requires no response from this defendant.   However, and out of an abundance of caution, Navico denies the allegations of paragraph 31 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**32.**

This allegation requires no response from this defendant.   However, and out of an abundance of caution, Navico denies the allegations of paragraph 32 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**33.**

This allegation requires no response from this defendant.  However, and out of an abundance of caution, Navico denies the allegations of paragraph 33 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**34.**

This allegation requires no response from this defendant.  However, and out of an abundance of caution, Navico denies the allegations of paragraph 34 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**35.**

This allegation requires no response from this defendant.  However, and out of an abundance of caution, Navico denies the allegations of paragraph 35 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**36.**

Navico repeats and realleges its responses to paragraphs 1 through 35 of the Amended Complaint as if fully set forth herein, in response to ¶36 of the Amended Complaint.

**37.**

This allegation requires no response from this defendant.  However, and out of an abundance of caution, Navico denies the allegations of paragraph 37 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**38.**

This allegation requires no response from this defendant.  However, and out of an abundance of caution, Navico denies the allegations of paragraph 38 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**39.**

This allegation requires no response from this defendant. However, and out of an abundance of caution, Navico denies the allegations of paragraph 39 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**40.**

This allegation requires no response from this defendant. However, and out of an abundance of caution, Navico denies the allegations of paragraph 40 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**41.**

This allegation requires no response from this defendant. However, and out of an abundance of caution, Navico denies the allegations of paragraph 41 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**42.**

Navico repeats and realleges its responses to paragraphs 1 through 41 of the Amended Complaint as if fully set forth herein, in response to ¶42 of the Amended Complaint.

**43.**

This allegation requires no response from this defendant. However, and out of an abundance of caution, Navico denies the allegations of paragraph 43 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**44.**

This allegation requires no response from this defendant. However, and out of an abundance of caution, Navico denies the allegations of paragraph 44 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**45.**

Navico repeats and realleges its responses to paragraphs 1 through 44 of the Amended Complaint as if fully set forth herein, in response to ¶45 of the Complaint.

**46.**

To the extent the averments contained in paragraph 46 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required. The truth of any allegations of fact contained therein is hereby denied.

**47.**

To the extent the averments contained in paragraph 47 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required. The truth of any allegations of fact contained therein is hereby denied.

**48.**

To the extent the averments contained in paragraph 48 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required. The truth of any allegations of fact contained therein is hereby denied.

**49.**

To the extent the averments contained in paragraph 49 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required. The truth of any allegations of fact contained therein is hereby denied.

**50.**

The allegations of paragraph 50 of the Amended Complaint are denied.

**51.**

Navico repeats and realleges its responses to paragraphs 1 through 50 of the Amended Complaint as if fully set forth herein, in response to ¶51 of the Amended Complaint.

**52.**

To the extent the averments contained in paragraph 52 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.   The truth of any allegations of fact contained therein is hereby denied and/or denied for lack information sufficient to justify a belief in the truth therein.

**53.**

To the extent the averments contained in paragraph 53 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.   The truth of any allegations of fact contained therein is hereby denied and/or denied for lack information sufficient to justify a belief in the truth therein.

**54.**

To the extent the averments contained in paragraph 54 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.   The truth of any allegations of fact contained therein is hereby denied and/or denied for lack information sufficient to justify a belief in the truth therein.

**55.**

To the extent the averments contained in paragraph 55 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.   The truth of any allegations of fact contained therein is hereby denied and/or denied for lack information sufficient to justify a belief in the truth therein.

**56.**

The allegations of paragraph 56 of the Amended Complaint are denied.

**57.**

Navico repeats and realleges its responses to paragraphs 1 through 56 of the Amended Complaint as if fully set forth herein, in response to ¶57 of the Amended Complaint.

**58.**

To the extent the averments contained in paragraph 58 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any allegations of fact contained therein is hereby denied and/or denied for lack information sufficient to justify a belief in the truth therein.

**59.**

To the extent the averments contained in paragraph 59 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any allegations of fact contained therein is hereby denied and/or denied for lack information sufficient to justify a belief in the truth therein.

**60.**

To the extent the averments contained in paragraph 60 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any allegations of fact contained therein is hereby denied and/or denied for lack information sufficient to justify a belief in the truth therein.

**61.**

To the extent the averments contained in paragraph 61 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any

allegations of fact contained therein is hereby denied and/or denied for lack information sufficient to justify a belief in the truth therein.

**62.**

To the extent the averments contained in paragraph 62 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.   The truth of any allegations of fact contained therein is hereby denied and/or denied for lack information sufficient to justify a belief in the truth therein.

**63.**

The allegations of paragraph 63 of the Amended Complaint are denied.

**64.**

Navico repeats and realleges its responses to paragraphs 1 through 63 of the Amended Complaint as if fully set forth herein, in response to ¶64 of the Amended Complaint.

**65.**

To the extent the averments contained in paragraph 65 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.   The truth of any allegations of fact contained therein is hereby denied and/or denied for lack information sufficient to justify a belief in the truth therein.

**66.**

To the extent the averments contained in paragraph 66 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.   The truth of any allegations of fact contained therein is hereby denied and/or denied for lack information sufficient to justify a belief in the truth therein.

**67.**

Navico repeats and realleges its responses to paragraphs 1 through 66 of the Amended Complaint as if fully set forth herein, in response to ¶67 of the Amended Complaint.

**68.**

This allegation requires no response from this defendant.  However, and out of an abundance of caution, Navico denies the allegations of paragraph 68 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**69.**

This allegation requires no response from this defendant.  However, and out of an abundance of caution, Navico denies the allegations of paragraph 69 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**70.**

This allegation requires no response from this defendant.  However, and out of an abundance of caution, Navico denies the allegations of paragraph 70 of the Amended Complaint for lack of information sufficient to justify a belief in the truth therein.

**71. (Plaintiff's Prayer 1)**

To the extent the averments contained in Plaintiff's Prayer 1 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any allegations of fact contained therein is hereby denied and/or denied for want information sufficient to justify a belief in the truth therein.

**72. (Plaintiff's Prayer 2)**

To the extent the averments contained in Plaintiff's Prayer 2 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any

allegations of fact contained therein is hereby denied and/or denied for want information sufficient to justify a belief in the truth therein.

### 73. (Plaintiff's Prayer 3)

To the extent the averments contained in Plaintiff's Prayer 3 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any allegations of fact contained therein is hereby denied and/or denied for want information sufficient to justify a belief in the truth therein.

### 74. (Plaintiff's Prayer 4)

To the extent the averments contained in Plaintiff's Prayer 4 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any allegations of fact contained therein is hereby denied and/or denied for want information sufficient to justify a belief in the truth therein.

### 75. (Plaintiff's Prayer 5)

To the extent the averments contained in Plaintiff's Prayer 5 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any allegations of fact contained therein is hereby denied and/or denied for want information sufficient to justify a belief in the truth therein.

### 76. (Plaintiff's Prayer 6)

To the extent the averments contained in Plaintiff's Prayer 6 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any allegations of fact contained therein is hereby denied and/or denied for want information sufficient to justify a belief in the truth therein.

**77. (Plaintiff's Prayer 7)**

To the extent the averments contained in Plaintiff's Prayer 7 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any allegations of fact contained therein is hereby denied and/or denied for want information sufficient to justify a belief in the truth therein.

**78. (Plaintiff's Prayer 8)**

To the extent the averments contained in Plaintiff's Prayer 8 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any allegations of fact contained therein is hereby denied and/or denied for want information sufficient to justify a belief in the truth therein.

**79. (Plaintiff's Prayer 9)**

To the extent the averments contained in Plaintiff's Prayer 9 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any allegations of fact contained therein is hereby denied and/or denied for want information sufficient to justify a belief in the truth therein.

**80. (Plaintiff's Prayer 10)**

To the extent the averments contained in Plaintiff's Prayer 10 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any allegations of fact contained therein is hereby denied and/or denied for want information sufficient to justify a belief in the truth therein.

**81. (Plaintiff's Prayer 11)**

To the extent the averments contained in Plaintiff's Prayer 11 of the Amended Complaint set forth or call for conclusions of law, no response by Navico is required.  The truth of any

allegations of fact contained therein is hereby denied and/or denied for want information sufficient to justify a belief in the truth therein.

**82.**

All unnumbered, misnumbered, or otherwise herein unresponded to paragraphs, as well as Plaintiff's prayer for relief, are denied.

**83.**

Navico prays for a trial by jury on all issues so triable.

**WHEREFORE,** premises considered, Defendant, **Navico, Inc.**, prays that this Answer be deemed good and sufficient; that Plaintiff's suit be dismissed, with prejudice, at Plaintiff's cost; for a trial by jury on all issues so triable; for all expert fees; and for all general and equitable relief as the circumstances may dictate.

Respectfully Submitted,

*s/ W. Evan Plauché*
**W. EVAN PLAUCHÉ,** #21027
**JOSEPH L. SPILMAN, III,** #17813
**CHRISTOPHER G. OTTEN,** #32626
Counsel for Defendant, **Navico, Inc.**
**HAILEY, McNAMARA, HALL,**
**LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana  70011-8288
Telephone:  (504) 836-6500
Fax: (504) 836-6565
E-Mail: eplauche@hmhlp.com
E-Mail: jspilman@hmhlp.com
E-Mail: CGO@hmhlp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 29, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_s/ W. Evan Plauché_