# EXHIBIT
# 1

**Craig Chesler**

| | |
|---|---|
| **From:** | MWardwell@osg.com |
| **Sent:** | Tuesday, March 20, 2012 12:37 PM |
| **To:** | JSweeney@pennmaritime.com |
| **Cc:** | belinda.ward@nepia.com; James Kenny |
| **Subject:** | Re: Penn 80 - OSG 400 collision |

Dear Jim:

Thank you for your email yesterday.

As you know, the purpose of my recent letter was to seek an expeditious best value settlement for this case.  We are willing to continue that dialogue, but must point out that Penn's recent institution of proceedings in New Orleans against OSG causes us some concern.  In the two Club Letters exchanged at the time of the casualty, Penn agreed that any litigation arising out of the collision would take place in Philadelphia (Eastern District of Pennsylvania).  The OSG interests have commenced such a suit in Philadelphia.   OSG is confident that it could obtain an order transferring the New Orleans proceeding to Philadelphia, but would like to avoid incurring further legal fees for appearing in the New Orleans court.

Therefore, will Penn demonstrate its good faith in seeking a negotiated settlement by voluntarily withdrawing the New Orleans proceeding against OSG?  If so, we can work out an extension of Penn's time to respond in Philadelphia.

Thank you and regards

Michael T. Wardwell
Assistant Vice President
Manager of Delaware Bay Shipping Operations
OSG Ship Management, Inc
302 Knights Run Ave, Suite 1200
Tampa, Florida  33602
Office: 1 813 209 0682
Cell:    1 917 373 1251
email: mwardwell@osg.com

| | |
|---|---|
| From: | "Jim Sweeney" <JSweeney@pennmaritime.com> |
| To: | <mwardwell@OSG.com> |
| Cc: | <jkenny@kszlaw.com>, <belinda.ward@nepia.com> |
| Date: | 03/19/2012 12:18 PM |
| Subject: | Penn 80 - OSG 400 collision |

Dear Mike – thank you very much for your letter of March 12th which reflected a revised settlement offer for Penn Maritime to review. I am very pleased with your approach to reaching a number which will help us resolve this matter and assist us in our claim against Rhodes.  In your documentation you advised the