# EXHIBIT 2

## US FLAG GULF ATB'S

| VESSEL | ACTIVITY | SITE/LOCATION | ARRIVAL | DEPARTURE | CARGO | QUANTITY |
|---|---|---|---|---|---|---|
| OSG 209 - OSG HONOUR | REPAIRS | TAMPA | 08-Nov-2010 16:55 | 12-Nov-2010 16:00 | | |
| | LAY-UP | TAMPA | 12-Nov-2010 17:45 | 26-Nov-2010 10:35 | | |

| VESSEL | ACTIVITY | SITE/LOCATION | ARRIVAL | DEPARTURE | CARGO | QUANTITY |
|---|---|---|---|---|---|---|
| OSG 214 - OSG ENTERPRISE | LAY-UP | TAMPA | 18-Apr-2009 22:15 | 23-Jun-2011 08:00 | | |

| VESSEL | ACTIVITY | SITE/LOCATION | ARRIVAL | DEPARTURE | CARGO | QUANTITY |
|---|---|---|---|---|---|---|
| OSG 242 - COLUMBIA | DISCHARGING | HOUSTON | 05-Nov-2010 13:30 | 10-Nov-2010 09:00 | CUTTER | 40,000 |
| | DISCHARGING | HOUSTON | 05-Nov-2010 13:30 | 10-Nov-2010 09:00 | CUTTER | 110,000 |
| | LOADING | LAKE CHARLES | 10-Nov-2010 18:30 | 13-Nov-2010 07:48 | GASOLINE UNLEADED REGULAR | |
| | DISCHARGING | BROWNSVILLE | 14-Nov-2010 16:30 | 16-Nov-2010 12:12 | RFG REGULAR GASOLINE | 230,786 |
| | LOADING | LAKE CHARLES | 17-Nov-2010 21:00 | 20-Nov-2010 12:18 | GASOLINE UNLEADED | |
| | DISCHARGING | BROWNSVILLE | 22-Nov-2010 00:24 | 25-Nov-2010 10:07 | GASOLINE UNLEADED | 231,740 |
| | LOADING | CORPUS CHRISTI | 25-Nov-2010 21:10 | 29-Nov-2010 16:30 | GASOLINE NOLEAD 11.5 | |

| VESSEL | ACTIVITY | SITE/LOCATION | ARRIVAL | DEPARTURE | CARGO | QUANTITY |
|---|---|---|---|---|---|---|
| OSG 243 - INDEPENDENCE | LOADING | CORPUS CHRISTI | 19-Nov-2010 09:15 | 24-Nov-2010 00:54 | GASOLINE UNLEADED | |
| | DISCHARGING | SAVANNAH | 29-Nov-2010 18:54 | 30-Nov-2010 20:20 | GASOLINE UNLEADED | 14,193 |

| VESSEL | ACTIVITY | SITE/LOCATION | ARRIVAL | DEPARTURE | CARGO | QUANTITY |
|---|---|---|---|---|---|---|
| OSG 244 - LIBERTY | DISCHARGING | JACKSONVILLE | 05-Nov-2010 20:30 | 07-Nov-2010 08:24 | CBOB | 24,691 |
| | DISCHARGING | SAVANNAH | 07-Nov-2010 19:54 | 09-Nov-2010 05:42 | CBOB | |
| | LOADING | BATON ROUGE | 13-Nov-2010 01:30 | 16-Nov-2010 23:42 | ULTRA LOW SULFUR DIESEL | |
| | DISCHARGING | JACKSONVILLE | 20-Nov-2010 19:54 | 23-Nov-2010 13:30 | ULTRA LOW SULFUR DIESEL | 28,268 |
| | LOADING | PASCAGOULA | 27-Nov-2010 16:00 | 30-Nov-2010 22:48 | GASOLINE UNLEADED | |
| | LOADING | PASCAGOULA | 27-Nov-2010 16:00 | 30-Nov-2010 22:48 | GASOLINE UNLEADED PREMIUM | |
| | LOADING | PASCAGOULA | 27-Nov-2010 16:00 | 30-Nov-2010 22:48 | JET FUEL | |

| VESSEL | ACTIVITY | SITE/LOCATION | ARRIVAL | DEPARTURE | CARGO | QUANTITY |
|---|---|---|---|---|---|---|
| OSG 252 - NAVIGATOR | DISCHARGING | CHARLESTON | 03-Nov-2010 18:48 | 05-Nov-2010 09:00 | JET FUEL JP8 | 159,734 |
| | LOADING | PASADENA | 10-Nov-2010 23:00 | 13-Nov-2010 17:42 | DIESEL | |
| | LOADING | HOUSTON | 13-Nov-2010 21:00 | 15-Nov-2010 14:15 | JP5 | |
| | DISCHARGING | GUANTANAMO BAY | 22-Nov-2010 06:30 | 23-Nov-2010 09:30 | DIESEL | |
| | DISCHARGING | GUANTANAMO BAY | 22-Nov-2010 06:30 | 23-Nov-2010 09:30 | JP5 | |

| VESSEL | ACTIVITY | SITE/LOCATION | ARRIVAL | DEPARTURE | CARGO | QUANTITY |
|---|---|---|---|---|---|---|
| OSG 254 - OSG INTREPID | DISCHARGING | SAVANNAH | 02-Nov-2010 05:18 | 03-Nov-2010 09:50 | ULTRA LOW SULFUR DIESEL | 9,839 |
| | DISCHARGING | SAVANNAH | 02-Nov-2010 05:18 | 03-Nov-2010 09:50 | CBOB | 8,496 |
| | DISCHARGING | CHARLESTON | 03-Nov-2010 17:10 | 04-Nov-2010 13:35 | CBOB | 8,502 |
| | LOADING | NORCO | 09-Nov-2010 07:00 | 16-Nov-2010 17:00 | CBOB | |
| | LOADING | NORCO | 09-Nov-2010 07:00 | 16-Nov-2010 17:00 | CBOB | |
| | DISCHARGING | NEW YORK | 23-Nov-2010 16:45 | 24-Nov-2010 20:06 | CBOB | 9,035 |
| | DISCHARGING | BALTIMORE | 26-Nov-2010 08:36 | 27-Nov-2010 19:56 | CBOB | 18,029 |
| | BUNKERING | NORFOLK | 28-Nov-2010 11:18 | 29-Nov-2010 00:01 | | |

## US FLAG LIGHTERING ATB'S

| VESSEL | ACTIVITY | SITE/LOCATION | ARRIVAL | DEPARTURE | CARGO | QUANTITY |
|---|---|---|---|---|---|---|
| OSG 192 - OSG FREEDOM | DISCHARGING | PAULSBORO | 02-Nov-2010 04:12 | 02-Nov-2010 11:00 | CRUDE | 10,748 |
| | DISCHARGING | DELAWARE CITY | 02-Nov-2010 14:00 | 02-Nov-2010 18:00 | CRUDE | |
| | LOADING | BIG STONE ANCHORAGE-SIFNOS | 02-Nov-2010 23:12 | 03-Nov-2010 05:00 | CRUDE DOBA BLEND | |
| | WAITING | MANTUA CREEK ANCH | 03-Nov-2010 12:48 | 03-Nov-2010 20:12 | | |
| | DISCHARGING | FORT MIFFLIN | 03-Nov-2010 20:54 | 04-Nov-2010 12:00 | CRUDE DOBA BLEND | 89,146 |
| | LOADING | BIG STONE ANCHORAGE-SIFNOS | 04-Nov-2010 19:54 | 05-Nov-2010 00:31 | CRUDE DOBA BLEND | |
| | DISCHARGING | FORT MIFFLIN | 05-Nov-2010 17:30 | 08-Nov-2010 02:18 | CRUDE DOBA BLEND | 129,348 |
| | TIME NOT EARNING | ARTIFICIAL ANCH | 08-Nov-2010 07:18 | 11-Nov-2010 15:18 | | |
| | LOADING | BIG STONE ANCHORAGE-GENMAR ORION | 11-Nov-2010 22:30 | 12-Nov-2010 07:00 | CRUDE ARABIAN LIGHT | |
| | DISCHARGING | PAULSBORO | 12-Nov-2010 16:30 | 13-Nov-2010 05:00 | CRUDE ARABIAN LIGHT | 149,177 |
| | LOADING | BIG STONE ANCHORAGE-GENMAR ORION | 13-Nov-2010 12:18 | 13-Nov-2010 20:36 | CRUDE ARABIAN LIGHT | |
| | DISCHARGING | PAULSBORO | 14-Nov-2010 05:00 | 14-Nov-2010 18:30 | CRUDE ARABIAN LIGHT | 150,597 |
| | LOADING | BIG STONE ANCHORAGE-KNOCK CLUNE | 15-Nov-2010 02:12 | 15-Nov-2010 07:08 | SAXI CRUDE | |
| | WAITING | BIG STONE ANCHORAGE | 15-Nov-2010 08:06 | 15-Nov-2010 17:06 | | |
| | LOADING | BIG STONE ANCHORAGE-EUROPEAN SPIRIT | 15-Nov-2010 17:18 | 15-Nov-2010 22:00 | CRUDE ERHA | |
| | WAITING | BIG STONE ANCHORAGE | 15-Nov-2010 22:30 | 16-Nov-2010 03:30 | | |
| | DISCHARGING | MARCUS HOOK | 16-Nov-2010 10:00 | 16-Nov-2010 20:30 | SAXI CRUDE | 89,822 |
| | WAITING | MARCUS HOOK ANCH | 15-Nov-2010 21:00 | 17-Nov-2010 08:42 | | |
| | DISCHARGING | TRAINER (PA) | 17-Nov-2010 09:30 | 17-Nov-2010 19:00 | CRUDE ERHA | 32,126 |
| | TIME NOT EARNING | ARTIFICIAL ANCH | 18-Nov-2010 02:00 | 18-Nov-2010 07:12 | | |
| | LOADING | BIG STONE ANCHORAGE-EAGLE TACOMA | 18-Nov-2010 08:30 | 18-Nov-2010 14:30 | CRUDE HIBERNIA | |
| | DISCHARGING | PAULSBORO | 18-Nov-2010 23:00 | 19-Nov-2010 11:42 | CRUDE HIBERNIA | 102,917 |
| | LOADING | BIG STONE ANCHORAGE-VIOLANDO | 19-Nov-2010 18:30 | 20-Nov-2010 01:24 | CRUDE ESCRAVOS | |
| | DISCHARGING | FORT MIFFLIN | 20-Nov-2010 10:00 | 21-Nov-2010 04:12 | CRUDE ESCRAVOS | 149,189 |
| | LOADING | BIG STONE ANCHORAGE-VIOLANDO | 21-Nov-2010 12:00 | 21-Nov-2010 18:18 | CRUDE ESCRAVOS | |
| | DISCHARGING | FORT MIFFLIN | 22-Nov-2010 02:24 | 22-Nov-2010 17:30 | CRUDE ESCRAVOS | 129,742 |
| | LOADING | BIG STONE ANCHORAGE-EAGLE ATLANTA | 23-Nov-2010 01:24 | 23-Nov-2010 11:12 | CRUDE N-KOSSA | |
| | DISCHARGING | TRAINER (PA) | 23-Nov-2010 20:42 | 24-Nov-2010 09:18 | CRUDE N-KOSSA | 131,391 |
| | TIME NOT EARNING | ARTIFICIAL ANCH | 24-Nov-2010 14:00 | 26-Nov-2010 13:48 | | |
| | LOADING | BIG STONE ANCHORAGE-DELTA KANARIS | 26-Nov-2010 18:54 | 27-Nov-2010 04:00 | CRUDE AZERI LIGHT | |
| | DISCHARGING | HOG ISLAND | 27-Nov-2010 14:40 | 28-Nov-2010 05:30 | CRUDE AZERI LIGHT | 144,651 |
| | TIME NOT EARNING | REEDY POINT ANCH | 29-Nov-2010 08:42 | 29-Nov-2010 10:18 | | |
| | LOADING | BIG STONE ANCHORAGE-HS TOSCA | 29-Nov-2010 16:00 | 30-Nov-2010 00:06 | CRUDE VASCONIA | |

| VESSEL | ACTIVITY | SITE/LOCATION | ARRIVAL | DEPARTURE | CARGO | QUANTITY |
|---|---|---|---|---|---|---|
| OSG 350 - OSG VISION | LOADING | BIG STONE ANCHORAGE-FILIKON | 02-Nov-2010 04:30 | 02-Nov-2010 14:00 | CRUDE ERHA | |
| | DISCHARGING | FORT MFFLIN | 02-Nov-2010 21:30 | 03-Nov-2010 20:30 | CRUDE ERHA | 301,275 |
| | LOADING | BIG STONE ANCHORAGE-POETIC | 04-Nov-2010 09:10 | 04-Nov-2010 23:19 | CRUDE AZERI LIGHT | |
| | DISCHARGING | FORT MIFFLIN | 05-Nov-2010 09:00 | 06-Nov-2010 09:50 | CRUDE AMNA | 166,118 |
| | DISCHARGING | FORT MIFFLIN | 05-Nov-2010 09:00 | 06-Nov-2010 09:50 | CRUDE AZERI LIGHT | 139,939 |
| | LOADING | BIG STONE ANCHORAGE-NIKATOR | 06-Nov-2010 16:55 | 07-Nov-2010 01:30 | CRUDE QUA IBOE | |
| | DISCHARGING | FORT MIFFLIN | 07-Nov-2010 18:00 | 08-Nov-2010 02:30 | CRUDE QUA IBOE | |
| | DISCHARGING | FORT MIFFLIN | 08-Nov-2010 04:05 | 08-Nov-2010 17:25 | CRUDE QUA IBOE | 299,658 |
| | LOADING | BIG STONE ANCHORAGE-SIFNOS | 09-Nov-2010 01:00 | 09-Nov-2010 06:55 | CRUDE DOBA BLEND | |
| | DISCHARGING | FORT MIFFLIN | 09-Nov-2010 16:10 | 10-Nov-2010 12:42 | CRUDE DOBA BLEND | 131,965 |
| | LOADING | BIG STONE ANCHORAGE-AUSTRALIAN SPIRIT | 10-Nov-2010 19:30 | 11-Nov-2010 06:10 | CRUDE HIBERNIA | |
| | DISCHARGING | TRAINER (PA) | 11-Nov-2010 13:12 | 12-Nov-2010 11:50 | CRUDE HIBERNIA | 298,698 |
| | LOADING | BIG STONE ANCHORAGE-NISYROS | 12-Nov-2010 18:50 | 13-Nov-2010 04:06 | CRUDE QUA IBOE | |
| | DISCHARGING | MARCUS HOOK | 13-Nov-2010 11:36 | 14-Nov-2010 03:35 | CRUDE QUA IBOE | 275,404 |
| | LOADING | BIG STONE ANCHORAGE-EUROPEAN SPIRIT | 14-Nov-2010 09:55 | 14-Nov-2010 19:54 | CRUDE ERHA | |
| | DISCHARGING | TRAINER (PA) | 15-Nov-2010 04:15 | 16-Nov-2010 02:00 | CRUDE ERHA | 297,473 |
| | LOADING | BIG STONE ANCHORAGE-TRIATHLON | 16-Nov-2010 08:40 | 16-Nov-2010 16:48 | CRUDE AMENAM | |
| | DISCHARGING | MARCUS HOOK | 17-Nov-2010 00:12 | 18-Nov-2010 00:12 | CRUDE AMENAM | 272,387 |
| | REPAIRS | MARCUS HOOK ANCH | 18-Nov-2010 00:57 | 18-Nov-2010 22:12 | | |
| | LOADING | BIG STONE ANCHORAGE-DELTA COMMANDER | 19-Nov-2010 06:18 | 19-Nov-2010 15:18 | CRUDE RABI TCHATAMBA | |
| | WAITING | BIG STONE ANCHORAGE | 19-Nov-2010 15:54 | 19-Nov-2010 18:06 | | |
| | DISCHARGING | MARCUS HOOK | 19-Nov-2010 23:49 | 20-Nov-2010 17:48 | CRUDE RABI TCHATAMBA | 312,881 |
| | LOADING | BIG STONE ANCHORAGE-GODAVARI SPIRIT | 21-Nov-2010 01:35 | 21-Nov-2010 10:06 | CRUDE KIRKUK | |
| | DISCHARGING | PAULSBORO | 21-Nov-2010 19:24 | 22-Nov-2010 10:36 | CRUDE KIRKUK | 259,060 |
| | LOADING | BIG STONE ANCHORAGE-MARON CASSIOPEIA | 22-Nov-2010 17:00 | 23-Nov-2010 04:30 | CRUDE QUA IBOE | |
| | DISCHARGING | MARCUS HOOK | 23-Nov-2010 11:00 | 24-Nov-2010 07:55 | CRUDE QUA IBOE | 313,313 |
| | TIME NOT EARNING | PACKER AVENUE | 24-Nov-2010 10:25 | 26-Nov-2010 05:17 | | |
| | LOADING | BIG STONE ANCHORAGE-DELTA KANARIS | 26-Nov-2010 14:15 | 26-Nov-2010 22:30 | CRUDE AZERI LIGHT | |
| | DISCHARGING | FORT MIFFLIN | 27-Nov-2010 06:30 | 28-Nov-2010 06:06 | CRUDE AZERI LIGHT | 249,019 |
| | LOADING | BIG STONE ANCHORAGE-EAGLE TUCSON | 28-Nov-2010 14:30 | 28-Nov-2010 22:00 | CRUDE ARABIAN LIGHT | |
| | DISCHARGING | PAULSBORO | 29-Nov-2010 05:30 | 29-Nov-2010 19:25 | CRUDE ARABIAN LIGHT | 175,718 |