# EXHIBIT 3



| Live Map | Vessels |
| Ports | Gallery |

**MarineTraffic.com**

| World Map | Cover your Area | Frequently Asked Questions | Search | Services | English ▼

# OSG ENTERPRISE

Contribute to this page   Add to My Fleet

## Vessel's Details

**Ship Type:** Pusher tug
**Year Built:** 1977
**Length x Breadth:** 184 m X 26 m
**Gross Tonnage:** 693, **DeadWeight:** 0 t
**Speed recorded (Max / Average):** 10.8 / 10.8 knots
**Flag:** USA [US]
**Call Sign:** WDD6581
**IMO:** 7717028, **MMSI:** 367174860

## Last Position Received

**Area:** Mexico Gulf
**Latitude / Longitude:** 28.17817° / -88.41167° (Map)
**Currently in Port:**
**Last Known Port:** CHARLESTON
**Info Received:** 0d 0h 31min ago

 Current Vessel's Track

Wind: 5 knots, 261°, 29°C

Itineraries History

## Voyage Related Info (Last Received)

**Draught:** 6 m
**Destination:** ST CHARLES LA
**ETA:** 2012-08-03 18:00
**Info Received:** 2012-08-01 21:15 (1d, 16h 53min ago)

## Recent Port Calls:

No Records Found

## Ex Names History

No Records Found