# EXHIBIT
# 4



Live Map          Vessels          **MarineTraffic.com**

Ports          Gallery

| World Map   |   Cover your Area   |   Frequently Asked Questions   |   Search |   Services     English ▼

# OSG HONOUR

Contribute to this page   Add to My Fleet

## Vessel's Details

**Ship Type:** Tug
**Year Built:** 1975
**Length x Breadth:** 181 m X 26 m
**Gross Tonnage:** 685, **DeadWeight:** 0 t
**Speed recorded (Max / Average):** 11.4 / 10.5 knots
**Flag:** USA [US]
**Call Sign:** WDD6584
**IMO:** 7400455, **MMSI:** 367174890

## Last Position Received

**Area:** Mexico Gulf
**Latitude / Longitude:** 27.99239° / -88.45788° (Map)
**Currently in Port:**
**Last Known Port:** NEW ORLEANS
**Info Received:** 0d 17h 7min ago
Not Currently in Range
Itineraries History

## Voyage Related Info (Last Received)

**Draught:** 9 m
**Destination:** CHARLESTON,SC
**ETA:** 2012-08-06 10:00
**Info Received:** 2012-08-02 13:48 (1d, 0h 16min ago)

## Recent Port Calls:

No Records Found

## Ex Names History

No Records Found