# EXHIBIT 5



| Ballast Capacity 100% | 19,820 M3 |
| --- | --- |
| Pump Capacity | 60,000 BBLS |

<< Back to Vessel Specifications