# EXHIBIT

# 6





| ▷ CORPORATE PROFILE | ▷ KEY SECTORS | ▷ SAFETY, QUALITY & ENVIRONMENT | ▷ PUBLICATIONS & PRESS | ▷ FLEET | ▷ INVESTOR RELATIONS | ▷ INDUSTRY | ▷ CONTACT US |

OSG's modern and well maintained fleet, along with in-house technical management, supports our commitment to safety and protection of the environment when transporting customer cargoes

## U.S. Vessel Specifications

☒ EMAIL     🖶 PRINT

Home > Fleet > U.S. Vessel Specifications > OSG 192

### OSG 192

PHOTO UNAVAILABLE

OSG 192

📄 Download detailed ship schematics

**Fleet**

Fleet List (Excel)

**U.S. Vessel Specifications**

| Vessel Name | OSG 192 |
| --- | --- |
| Home Port | Wilmington, DE. |
| Owner | OSG 192 LLC |
| Operator | OSG Ship Management, Inc. |
| Call Sign | WTQ 6515 |
| Official # | 614210 |
| IMO # | 8641393 |
| ABS Classification | A-1 |
| Built By | GALVESTON SHIPBUILDING CO. |
| Hull Number | 125 |
| Year Built | 1979 |
| Year Double Hull Conversion | 1998 |
| Length | 479'- 6" |
| Beam | 84'-00" |
| Height from Keel to Highest Point | 67' |
| Trunk Deck Height | 47'-8 1/2" |
| Distance Bow To Center Manifold | 200' |
| Side Shell To Manifold | 15' |
| Manifold Flange Center Over Deck Level | 2' - 04" |
| Distance Between Manifold Connection | 4' |
| Draft (Sum) | 29'-10 1/16" |
| Displacement @ Summer Load Line | 26,637.00 Long Tons |
| Lightship Draft Fwd. | 4'-1/2" |
| Lightship Draft Aft. | 9'-3 5/8" |
| Lightship Weight | 4,637.00 Long Tons |
| Molded Depth | 35' |
| International Gross Tons | 11,796 (ITC) |
| Gross Registered Tons | 9,800 |
| Net Registered Tons | 8325 (ITC) |

| | |
|---|---|
| Deadweight | 21,914 |
| Cargo Capacity 100% | 175,305 Bbls. |
| Cargo Capacity 98% | 171,799 Bbls. |
| Ballast Capacity 100% | 10,001 Tons Sw. |
| Pump Capacity | 20,000 B/H |
| Pump Engines | GM 16V71 |

<< Back to Vessel Specifications

