# EXHIBIT 7



| Usenet FAQ Index | Documents | Other FAQs |

## OSG America L.P. - FORM 10-Q - November 6, 2009

**Ads by Google**

**Find a Financial Advisor** - Use Our Free, Objective Service to Find Top Local Financial Advisors. - www.wiseradvisor.com

**SEC XBRL Compliance** - Learn to Comply with the SEC XBRL Mandate. Get the eBook for Dummies© - IBM.com/XBRLForDummies

**Fifth Third Bank** - Improving Your Banking Experience. We Listen and Innovate for You. - 53.com/TheCuriousBank

SEC Filings Search: [    ] [Search]

| Attached files | |
|---|---|
| File | Filename |
| EX-32 - OSG America L.P. | v164697_ex32.htm |
| EX-15 - OSG America L.P. | v164697_ex15.htm |
| EX-31.1 - OSG America L.P. | v164697_ex31-1.htm |
| EX-31.2 - OSG America L.P. | v164697_ex31-2.htm |

| People who read this document also read: |
|---|
| Document |
| IBERIABANK CORP - 8-K, Other Events Financial Statements and Exhibits |
| Patient Safety Technologies Inc - 8-K, Regulation FD Disclosure Financial Statements and Exhibits |
| Xun Energy, Inc. - 8-K, Termination of a Material Definitive Agreement |
| MAGNACHIP SEMICONDUCTOR Corp - 8-K, Submission of Matters to a Vote of Security Holders |
| DYAX CORP - 8-K, Other Events |

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549
**FORM 10-Q**

☒ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended SEPTEMBER 30, 2009

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File Number 001-33806

**OSG AMERICA L.P.**

(Exact name of registrant as specified in its charter)

| DELAWARE | 11-3812936 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |

| Two Harbour Place, 302 Knights Run Avenue, Suite 1200, Tampa, FL | 33602 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

(813) 209-0600
Registrant's telephone number, including area code

None
Former name, former address and former fiscal year, if changed since last report

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (Section 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).
Yes ☐   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See definitions of "large accelerated filer", "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (check one):

Large accelerated filer ☐          Accelerated filer ☒
Non-accelerated filer ☐            Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ☐   No ☒

APPLICABLE ONLY TO CORPORATE ISSUERS:
Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

Common units outstanding as of November 6, 2009 – 15,004,500.
Subordinated units outstanding as of November 6, 2009 – 15,000,000.

Notes to Consolidated and Financial Statements

**Note A—Organization:**

On May 14, 2007, Overseas Shipholding Group, Inc. ("OSG") formed OSG America L.P. a Delaware Limited Partnership (the "Partnership") to acquire from OSG a fleet of 18 vessels (ten product carriers, seven ATBs, and one conventional tug-barge unit) and to accept the assignment from OSG of the bareboat charter-in agreements for six product carriers being constructed by Aker Philadelphia Shipyard, Inc. On November 15, 2007, the Partnership completed its initial public offering of 7,500,000 common units representing a 24.5% limited partner interest in the Partnership and, in connection therewith, issued to OSG 7,500,000 common units and 15,000,000 subordinated units, representing a 73.5% limited partner interest in the Partnership. The Partnership's general partner, OSG America LLC (the "General Partner"), which is a wholly-owned indirect subsidiary of OSG, received a 2% general partner interest.

OSG, through its wholly-owned subsidiary OSG Ship Management Inc., ("OSGM") provides commercial, technical, and administrative services to the Partnership in accordance with related agreements.

On July 29, 2009, OSG announced its intention to tender for all of the outstanding publicly held common units of the Partnership, for $8.00 in cash per unit. As of September 30, 2009, OSG effectively owns 77.1% of the Partnership. The tender offer will be conditioned upon, among other things, more than 4,003,166 common units being tendered such that OSG would thereupon own at least 80% of the outstanding common units of the Partnership. Following the completion of the tender offer, OSG expects to acquire any remaining units not tendered through the exercise of a repurchase right contained in the Partnership agreement. OSG currently owns 8,000,435 units of the 15,000,000 total common units outstanding.

On August 6, 2009, legal counsel to the conflicts committee of the Board of Directors of the Partnership's general partner sent a letter to OSG expressing the informal sense of the conflicts committee that, were OSG to proceed with the proposed tender offer at $8.00 per unit, the conflicts committee would recommend that common unitholders reject the offer and not tender their units pursuant to the offer.

On September 24, 2009, OSG announced an increase in its intended offer price to $10.25 per unit, an increase of 28% over the original proposed offer price of $8.00 per unit.

**Note B — Summary of Significant Accounting Policies:**

*Basis of Presentation and Description of Business.* The Partnership is engaged in providing marine transportation services through the ownership and operation of a fleet of tankers and ATBs. Of the 23 vessels in the operating fleet as of September 30, 2009, 21 operate in the Jones Act trade and two operate in the international market under the U.S. flag while participating in the Maritime Security Program. These two tankers are not eligible for Jones Act trading because they were not built in the United States. The management of the Partnership has determined that it operates in one reportable segment. In addition, the Partnership owns a 37.5% ownership interest in a joint venture, Alaska Tanker Company, LLC.

The accompanying unaudited consolidated financial statements have been prepared in accordance with U.S. generally accepted accounting principles for interim financial information and with the instructions to Form 10-Q and Article 10 of Regulation S-X. They do not include all of the information and footnotes required by generally accepted accounting principles. In the opinion of management, all adjustments (consisting of normal recurring accruals) considered necessary for a fair presentation have been included. Operating results for the three and nine months ended September 30, 2009 are not necessarily indicative of the results that may be expected for the year ending December 31, 2009. The consolidated financial statements include the assets and liabilities of the Partnership and its wholly-owned subsidiaries. All significant intercompany balances and transactions have been eliminated in consolidation. Investments in 50% or less owned affiliated companies, in which the Partnership exercises significant influence, but is not the primary beneficiary, are accounted for by the equity method.

8

The remaining vessel (to be named *Overseas Anacortes*) that we have committed to bareboat charter in is scheduled to be delivered from the shipyard in June 2010.

We have options to purchase from OSG up to two ATBs currently under construction, which we estimate will be delivered by the yard to OSG in December 2009 and September 2010. We also have options to acquire from OSG the right to bareboat charter in four of the remaining vessels from AMSC, which are to be completed by Aker Philadelphia Shipyard Inc. ("APSI") between late 2009 and early 2011.

On June 25, 2008, the Partnership purchased the *Overseas New Orleans* and the *Overseas Philadelphia*, each of which had been previously operated under capital leases, for a total of $30.9 million. This acquisition was funded with borrowings under our senior secured revolving credit facility.

AMSC, we and OSG are continuing to negotiate a number of outstanding issues between AMSC, on the one hand, and us and OSG, on the other, including, among other things, settlement of the arbitration proceeding described in our Annual Report on Form 10-K for 2008 under Risk Factors. On August 31, 2009, AMSC, APSI and OSG (collectively the "parties") signed a nonbinding settlement proposal (the "proposal") intended to resolve certain liquidity issues previously disclosed by APSI, so as to allow APSI to complete construction of the remaining five vessels in the 12-ship program. All 12 vessels have been chartered out to OSG or OSG America. The proposal also provides for the dismissal with prejudice of all the claims in the arbitration among the parties and contains a number of provisions materially altering the prior agreements among the parties. The proposal is nonbinding and there can be no assurance that definitive agreements will be entered into. In addition, the proposal is subject to certain conditions precedent, including the receipt of third party approvals from various lenders and governmental authorities, the execution and delivery of satisfactory definitive documentation and the completion of satisfactory due diligence.

*Industry Overview*

The table below shows the daily TCE rates that prevailed in markets in which our vessels operated for the periods indicated. It is important to note that the spot market is quoted in AR rates. AR is a list of freight rates for specific voyage itineraries for a standard size vessel, as defined. The conversion of AR rates to the following TCE rates required us to make certain assumptions as to brokerage commissions, port time, port costs, speed, and fuel consumption, all of which will vary in actual usage. In each case, the rates may differ from the actual TCE rates achieved by us in the period indicated because of the actual length of voyages, waiting time between voyages, and the portion of revenue generated from long-term charters.

**U.S. Flag Jones Act Product Carriers**

| | Average Spot Market TCE Rates for Jones Act Product Carriers and Articulated Tug/Barges (ATBs) | | | |
|---|---|---|---|---|
| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| | 2009 | 2008 | 2009 | 2008 |
| 40,000 dwt Product Carriers | $ 33,100 | $ 39,700 | $ 37,200 | $ 57,500 |
| 30,000 dwt ATBs | $ 23,000 | $ 23,900 | $ 25,200 | $ 37,400 |

The rates for Jones Act Product Carriers and ATBs averaged $33,100 per day and $23,000 per day, respectively, during the third quarter of 2009, approximately 17% and 3% below their respective third quarter 2008 rates. Rates for both vessel types were, however, approximately 4% above their second quarter 2009 rates.

The decline in rates relative to 2008 primarily reflected weaker demand for products in 2009 that resulted in reduced spot tanker requirements and longer waiting times for cargoes. U.S. Gulf Coast refinery utilization levels in 2009 have been consistently below those of one year ago.

Tanker and ATB freight rates during the third quarter of 2009 compared with the second quarter were somewhat buoyed by maintenance activities at Irving Oil's New Brunswick refinery in Canada, which resulted in a reduction in exports of gasoline and middle distillates from that facility to East Coast markets.

The Delaware Bay lightering business transported an average of 230,000 b/d during the third quarter of 2009, down about 3% from the third quarter of 2008. Third quarter volumes were the highest quarterly lightering volumes so far this year due to low water levels at a customer's refinery that necessitated additional lightering. Lightering volumes during the first nine months of 2009 were approximately 16% lower than last year reflecting a decline in East Coast refining utilization rates to 73% from 82% in the first nine months of 2008.

19

*Vessel Expenses*

The following table provides information with respect to average daily vessel expenses and operating days for the three months and nine months ended September 30, 2009 and 2008:

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---:|---:|---:|---:|
|  | 2009 | 2008 | 2009 | 2008 |
| **Operating Days:** | | | | |
| Jones Act ATBs | 828 | 840 | 2,457 | 2,444 |
| Jones Act Product Carriers | 1,104 | 931 | 3,066 | 2,650 |
| Non-Jones Act Product Carriers | 184 | 184 | 546 | 548 |
|  | 2,116 | 1,955 | 6,069 | 5,642 |
| **Average Daily Vessel Expenses:** | | | | |
| Jones Act ATBs | $ 8,906 | $ 8,333 | $ 9,247 | $ 8,099 |
| Jones Act Product Carriers | $ 14,602 | $ 17,878 | $ 15,685 | $ 17,265 |
| Non-Jones Act Product Carriers | $ 11,473 | $ 11,304 | $ 10,137 | $ 13,358 |

During the third quarter of 2009, vessel expenses increased $0.7 million, or 3%, to $25.6 million from $24.9 million for the three months ended September 30, 2008. The increase in vessel expenses resulted primarily from a net increase of 161 operating days. These additional days were attributable to the delivery of the *Overseas Texas City, Overseas Boston* and *Overseas Nikiski*, which added 264 operating days and $4.2 million in 2009 compared with the same period in 2008, and the operation of the *OSG 400/OSG Constitution* as a bareboat charter from OSG, which added $1.4 million of expense. These increases were partially offset by the *Overseas Integrity*, which ceased operations during the fourth quarter of 2008, and by the lay up of the *OSG 214/OSG Honour, Overseas New Orleans, Overseas Galena Bay* and *Overseas Puget Sound*.

During the nine months ended September 30, 2009, vessel expenses increased $5.5 million, or 8%, to $76.3 million from $70.8 million for the nine months ended September 30, 2008. The increase resulted primarily from a net increase of 427 operating days. These additional days were attributable to the delivery of the *Overseas New York, Overseas Texas City, Overseas Boston* and *Overseas Nikiski*, which added 697 operating days and $11.3 million and the operation of the *OSG 400/OSG Constitution* as a bareboat charter from OSG, which added 203 days and $4.2 million of expense in 2009 compared with 2008. These increases were partially offset by the Overseas Integrity ceasing operations and the lay-up of the *OSG 214/OSG Honour, Overseas New Orleans, Overseas Galen Bay* and *Overseas Puget Sound*.

Vessel expenses for the non-Jones Act product carriers for the three months and nine months ended September 30, 2009 decreased compared with the 2008 periods as a result of an increase in the subsidy received under the MSP program and lower spares, repairs, and customs-duty expenses.

*Charter Hire Expenses*

During the third quarter of 2009, charter hire expenses increased by $6.1 million to $17.5 million from $11.4 million for the three months ended September 30, 2008 due to the deliveries from AMSC of the *Overseas Texas City, Overseas Boston,* and *Overseas Nikiski*, which resulted in additional charter hire expense of $6.9 million, partially offset by decreases in charter hire expense resulting from redelivery of the *M300/Liberty* to OSG in December 2008.

During the first nine months of 2009, charter hire expenses increased by $16.5 million to $46.7 million from $30.2 million for the nine months ended September 30, 2008 due to the deliveries of the *Overseas New York, Overseas Texas City, Overseas Boston* and *Overseas Nikiski*. These increases were partially offset by a decrease resulting from redelivery of the *M300/Liberty* to OSG in December 2008.

23