# EXHIBIT 8

RHOADS INDUSTRIES INC.
2375 PHILMONT AVENUE
HUNTINGDON VALLEY, PA, 19006
Ph (267) 728-6300   Fax (267) 728-6700


Rhoads INDUSTRIES, INC.

Over 50 Years of Service
Established 1936

# Invoice

OSG Ship Management, Inc.
666 Third Avenue
NY, NY 10017

| | |
|---|---|
| Invoice Date: | December 13, 2010 |
| Invoice Number: | 813689 |
| Customer PO #: | 4045012 |
| Shop Order #: | OSG-16463XXX-0000- ORBRO |
| Terms: | Due upon Receipt |

**In Reference To:**

Final Bill for time and material charges for OSG 400
Activity from November 13th thru 29th, 2010

| | |
|---|---|
| Total Charges | $365,290 |
| **TOTAL INVOICE** | $365,290 |

NS5 ENTERED & COMPLETED
JAN 2 5 2011

BY: JRS

Get it right. Get it done. Get Rhoads

Remit Payment To:   Rhoads Industries, Inc.
Box 510879
Philadelphia, PA  19175-0879

RECEIVED
JAN 2 5 2011
NS5 - Tampa

RHOADS INDUSTRIES INC.
2375 PHILMONT AVENUE
HUNTINGDON VALLEY, PA, 19006
Ph (267) 728-6300   Fax (267) 728-6700

*10117 - USD*
*813442*
*813442 - CREDIT*



Over 50 Years of Service
Established 1938

# Invoice

| | |
|---|---|
| OSG Ship Management, Inc. | **Invoice Date:** November 13, 2010 |
| 666 Third Avenue | **Invoice Number:** 813442 |
| NY, NY 10017 | **Customer PO #:** 4045012 |
| | **Shop Order #:** OSG-16463XXX-0000- ORBRO |
| | **Terms:** Due upon Receipt |

**In Reference To:**

Invoice #1
Time and material for OSG 400 per Pier and Drydock Service Worksheet for activity between 11/11/10 and 11/13/10

Total Charges                                     $62,101.50

**TOTAL INVOICE**                                 $62,101.50

*NS5 ENTERED & COMPLETED*
*JAN 2 5 2011*
*BY: JRS*

*RECEIVED*
*JAN 2 1 2011*
*NS5 - Tampa*

*Get it right. Get it done. Get Rhoads*

*RECEIVED*
*JAN 2 4 2011*
*NS5 - Tampa*

**Remit Payment To:**   Rhoads Industries, Inc.
Box 510879
Philadelphia, PA  19175-0879

RHOADS INDUSTRIES INC.
2375 PHILMONT AVENUE
HUNTINGDON VALLEY, PA, 19006
Ph (267) 728-6300   Fax (267) 728-6700





Over 50 Years of Service
Established 1938

# Invoice

OSG Ship Management, Inc.
666 Third Avenue
NY, NY 10017

| | |
|---|---|
| Invoice Date: | November 15, 2010 |
| Invoice Number: | 813443 |
| Customer PO #: | 4045012 |
| Shop Order #: | OSG-16463XXX-0000- ORBRO |
| Terms: | Due upon Receipt |

**In Reference To:**

Invoice #2
Time and material for OSG 400 per Pier and Drydock Service Worksheet, for activity between 11/14/10 and 11/15/10

| | |
|---|---|
| Total Charges | $46,053.00 |
| **TOTAL INVOICE** | **$46,053.00** |

NS5 ENTERED & COMPLETED
JAN 2 5 2011
BY: JRS

*Get it right. Get it done. Get Rhoads*

RECEIVED
JAN 2 4 2011
NS5 - Tampa

Remit Payment To:   Rhoads Industries, Inc.
Box 510879
Philadelphia, PA  19175-0879

RHOADS INDUSTRIES, INC.
2375 PHILMONT AVENUE
HUNTINGDON VALLEY, PA, 19006
Ph (267) 728-6300   Fax (267) 728-6700




813452
813452 - CREC

Over 50 Years of Service
Established 1938

# Invoice

| | |
|---|---|
| Invoice Date: | November 16, 2010 |
| Invoice Number: | 813452 |
| Customer PO #: | 4045012 |
| Shop Order #: | OSG-16463XXX-0000- ORBRO |
| Terms: | Due upon Receipt |

OSG Ship Management, Inc.
666 Third Avenue
NY, NY 10017

**In Reference**

Invoice #3
Time and material for OSG 400 per Pier and Drydock Service Worksheet for activity between 11/16/10.

| | |
|---|---|
| Total Charges | $16,155.80 |
| **TOTAL INVOICE** | **$16,155.80** |



NSS ENTERED & COMPLETED
JAN 2 5 2011
BY: JRS

Get it right. Get it done. Get Rhoads

Remit Payment To:   Rhoads Industries, Inc.
Box 510879
Philadelphia, PA  19175-0879



RECEIVED
JAN 2 4 2011
NSS - Tampa

RHOADS INDUSTRIES INC.
2375 PHILMONT AVENUE
HUNTINGDON VALLEY, PA, 19006
Ph (267) 728-6300   Fax (267) 728-6700



Over 50 Years of Service
Established 1938

# Invoice

OSG Ship Management, Inc.
666 Third Avenue
NY, NY 10017

| | |
|---|---|
| Invoice Date: | November 18, 2010 |
| Invoice Number: | 813453 |
| Customer PO #: | 4045012 |
| Shop Order #: | OSG-16463XXX-0000- ORBRO |
| Terms: | Due upon Receipt |

**In Reference To:**

Invoice #4
Time and material for OSG 400 per Pier and Drydock Service Worksheet for activity between 11/18/10.

Total Charges                                               $57,526.00

TOTAL INVOICE                                          $57,526.00

*NSS ENTERED & COMPLETED*
*JAN 2 5 2011*
*BY: JRS*

Get it right. Get it done. Get Rhoads

Remit Payment To:   Rhoads Industries, Inc.
Box 510879
Philadelphia, PA  19175-0879

RECEIVED
JAN 2 4 2011
NSS - Tampa



RHOADS INDUSTRIES INC.
2375 PHILMONT AVENUE
HUNTINGDON VALLEY, PA, 19006
Ph (267) 728-6300   Fax (267) 728-6700



Over 50 Years of Service
Established 1938

# Invoice

OSG Ship Management, Inc.
666 Third Avenue
NY, NY 10017

| | |
|---|---|
| Invoice Date: | November 21, 2010 |
| Invoice Number: | 813454 |
| Customer PO #: | 4045012 |
| Shop Order #: | OSG-16463XXX-0000- ORBRO |
| Terms: | Due upon Receipt |

**In Reference To:**

Invoice #5
Time and material for OSG 400 per Pier and Drydock Service Worksheet for activity between 11/19/10 and 11/21/10.

Total Charges                                                             $73,751.00

TOTAL INVOICE                                                             $73,751.00

*NS5 ENTERED & COMPLETED*
JAN 2 5 2011
BY: JRS

*Get it right. Get it done. Get Rhoads*

Remit Payment To:   Rhoads Industries, Inc.
                    Box 510879
                    Philadelphia, PA  19175-0879

RECEIVED
JAN 2 4 2011
NS5 - Tampa

RHOADS INDUSTRIES INC.
2375 PHILMONT AVENUE
HUNTINGDON VALLEY, PA, 19006
Ph (267) 728-6300   Fax (267) 728-6700



Over 50 Years of Service
Established 1938

# Invoice

| | |
|---|---|
| Invoice Date: | November 24, 2010 |
| Invoice Number: | 813463 |
| Customer PO #: | 4045012 |
| Shop Order #: | OSG-16463XXX-0000- ORBRO |
| Terms: | Due upon Receipt |

OSG Ship Management, Inc.
666 Third Avenue
NY, NY 10017

**In Reference To:**

Invoice #7
Time and material for OSG 400 per Pier and Drydock Service Worksheet for activity between 11/22/10 and 11/23/10.

Total Charges     $49,418.00

**TOTAL INVOICE**     $49,418.00

*Get it right. Get it done. Get Rhoads*

Remit Payment To:    Rhoads Industries, Inc.
Box 510879
Philadelphia, PA  19175-0879

RHOADS INDUSTRIES INC.
2375 PHILMONT AVENUE
HUNTINGDON VALLEY, PA, 19006
Ph (267) 728-6300   Fax (267) 728-6700


813618
813618A - CREDIT



Over 50 Years of Service
Established 1938

# Invoice

OSG Ship Management, Inc.
666 Third Avenue
NY, NY 10017

| | |
|---|---|
| Invoice Date: | November 27, 2010 |
| Invoice Number: | 813618 |
| Customer PO #: | 4045012 |
| Shop Order #: | OSG-16463XXX-0000- ORBRO |
| Terms: | Due upon Receipt |

**In Reference**

Invoice #8
Time and material for OSG 400 per Pier and Drydock Service Worksheet for activity between 11/24/10 through 11/27/10.

Total Charges                                   $56,506.50

TOTAL INVOICE                                   $56,506.50


NS5 ENTERED & COMPLETED
JAN 2 5 2011
BY: JRS

Get it right. Get it done. Get Rhoads

Remit Payment To:   Rhoads Industries, Inc.
Box 510879
Philadelphia, PA  19175-0879

RECEIVED
JAN 2 4 2011
NS5 - Tampa

RHOADS INDUSTRIES INC.
2375 PHILMONT AVENUE
HUNTINGDON VALLEY, PA, 19006
Ph (267) 728-6300   Fax (267) 728-6700



Over 50 Years of Service
Established 1938

# Invoice

| | |
|---|---|
| Invoice Date: | November 28, 2010 |
| Invoice Number: | 813619 |
| Customer PO #: | 4045012 |
| Shop Order #: | OSG-16463XXX-0000- ORBRO |
| Terms: | Due upon Receipt |

OSG Ship Management, Inc.
666 Third Avenue
NY, NY 10017

**In Reference To:**

Invoice #9
Time and material for OSG 400 per Pier and Drydock Service Worksheet for activity on 11/28/10.

Total Charges                                                                 $3,779.00

TOTAL INVOICE                                                                 $3,779.00

*Get it right. Get it done. Get Rhoads*

Remit Payment To:  Rhoads Industries, Inc.
Box 510879
Philadelphia, PA  19175-0879

RECEIVED
JAN 2 4 2011
NS5 - Tampa