# EXHIBIT
# 9



# UNITED STATES COAST GUARD

# Report of Investigation into the Circumstances Surrounding the Incident Involving Penn No 80 / OSG 400/ tank barges/ Collision

## On 11/05/2010



MISLE Activity Number: 3886040
Originating Unit: Sector Delaware Bay
MISLE Activity Owner: Commandant (CG-5453)
MISLE Activity Controller: Commandant (CG-5453)
MISLE Case Number: 528546

| Report of Investigation |
| --- |

# I. INCIDENT BRIEF

On 11/05/2010 at approximately 2135, the Tug BLUEFIN was inbound Delaware River IVO Artificial Island, Baker Range buoy 3B with the barge PENN No 80 in tow loaded with #6 oil. Also, the Tug OSG CONSTITION was outbound Delaware river, same location, with the empty barge OSG 400 in tow. Both vessels were in their own lane on reciprocal courses between 300 and 500 feet apart.

The master of the Bluefin, having just steadied up on his desired course, engaged the autopilot. Immediately after being engaged, the autopilot veered hard to port (45 degrees over) and the barge PENN No. 80 collided, port bow to port side, with the OSG 400 at between a 35 and 55 degree angle. The sheer of the port bow of the PENN No 80 created an approximately 150' long inset in the port side of the OSG 400 which was 8" to 10" deep over the first 100' of the inset. No fractures or fractured welds were observed and the vessel was not taking on water or losing ballast. The PENN No. 80 had more modest inset and scrapings of the port bow and a 4" upset of the deck parallel to the sheer in the port bow. The PENN No. 80 was not taking on water, losing ballast, nor cargo. All vessels proceeded to Port of Wilmington, DE for evaluation of damage by class surveyors and USCG inspectors.

Following the casualty, the servicing technician's report for the Simrad AP50 Plus System autopilot installed on the BLUEFIN showed a number of system parameters were not set properly. Specifically, the rudder limits and zero point were out of adjustment, the set boat length was incorrect, Auto Trim and Auto Sea State were set to on (per the technician these settings would produce unreliable results for an articulated tug and barge), additionally numerous terminal screws in the JD53 distribution unit were loose and needed tighening. After correcting these items the autopilot system functioned properly.

| Report of Investigation |
| --- |

## II. EXECUTIVE SUMMARY

### Incident Summary

On 11/05/2010 at approximately 2135, the Tug BLUEFIN was inbound Delaware River IVO Artificial Island, Baker Range buoy 3B with the barge PENN No 80 in tow loaded with #6 oil. Also, the Tug OSG CONSTITION was outbound Delaware river, same location, with the empty barge OSG 400 in tow. Both vessels were in their own lane on reciprocal courses between 300 and 500 feet apart.

The master of the Bluefin, having just steadied up on his desired course, engaged the autopilot. Immediately after being engaged, the autopilot veered hard to port (45 degrees over) and the barge PENN No. 80 collided, port bow to port side, with the OSG 400 at between a 35 and 55 degree angle. The sheer of the port bow of the PENN No 80 created an approximately 150' long inset in the port side of the OSG 400 which was 8" to 10" deep over the first 100' of the inset. No fractures or fractured welds were observed and the vessel was not taking on water or losing ballast. The PENN No. 80 had more modest inset and scrapings of the port bow and a 4" upset of the deck parallel to the sheer in the port bow. The PENN No. 80 was not taking on water, losing ballast, nor cargo. All vessels proceeded to Port of Wilmington, DE for evaluation of damage by class surveyors and USCG inspectors.

Following the casualty, the servicing technician's report for the Simrad AP50 Plus System autopilot installed on the BLUEFIN showed a number of system parameters were not set properly. Specifically, the rudder limits and zero point were out of adjustment, the set boat length was incorrect, Auto Trim and Auto Sea State were set to on (per the technician these settings would produce unreliable results for an articulated tug and barge), additionally numerous terminal screws in the JD53 distribution unit were loose and needed tighening. After correcting these items the autopilot system functioned properly.

Incident Involved:     Marine Casualty, Reportable

Level of Investigation: ▆▆▆▆▆
IMO Classification: Routine
USCG Classification: Routine
Was this a Serious Marine Incident? Yes
Was a Marine Board Convened by Commandant? No

### Personnel Casualty Summary

> Total Missing = 0
> Total Dead = 0
> Total Injured = 0
> Total at Risk, Not Injured = 0
> Total People at Risk = 0
> Other Personnel (Not at Risk) = 14

Report of Investigation

## **Vessel(s) Status Summary**

    Actual Total Loss(es) = 0
    Total Constructive Loss, Salvaged = 0
    Total Constructive Loss, Unsalvaged = 0
    Damaged = 2
    Undamaged = 2

## **Property Damage Summary/Total Damage**

    Vessel(s) = $720000*
    Cargo = $
    Facility(s) = $
    Other = $

\* Includes estimates

## **Waterway Mobility Summary**

    Vessel Delays (including speed restrictions): None

4

Report of Investigation

# III. ACTIONS IN RESPONSE TO THIS REPORT

**Actions on Recommendations**

**Safety Alerts**

| Report of Investigation |
|---|

# IV. FINDINGS OF FACT

## Subjects of the Investigation

**Vessels.** The following vessels were subjects of this investigation.  Particulars for each vessel follow.

| | |
|---|---|
| Vessel Name: | BLUEFIN |
| Flag: | UNITED STATES |
| Vessel Identification Number: | 1221111 |
| Call Sign: | WDE9397 |
| Status: | Undamaged |
| Role: | Involved in a Marine Casualty |
| Vessel Class, Type, Sub-Type: | Towing Vessel, Articulated Tug and Barge (Tug), General |
| Gross Tonnage(GRT): | |
| Net Tonnage(NRT): | |
| Deadweight Tons: | |
| Length: | 111.2 |
| Home/Hailing Port: | |
| Keel Laid Date: | |
| Delivery Date: | |
| Place of Construction: | LOCKPORT, LA, UNITED STATES |
| Builder Name: | THOMA-SEA SHIP BUILDERS LLC |
| Propulsion: | Diesel Reduction |
| Horsepower: | 4000 |
| Master: | |
| Classification Society: | |
| Owner: | PENN MARITIME INC |
| | 263 Tresser Blvd |
| | |
| | One Stamford Plaza |
| | Stamford, CT, 06901 |
| | US |
| Operator: | |
| Inspection Subchapter: | |
| Most Recent Vessel Inspection Activity: | |

| | |
|---|---|
| Vessel Name: | OSG 400 |
| Flag: | UNITED STATES |
| Vessel Identification Number: | 632920 |
| Call Sign: | |
| Status: | Damaged |
| Role: | Involved in a Marine Casualty |
| Vessel Class, Type, Sub-Type: | Barge, Bulk Liquid Cargo (Tank) Barge, Oil |

| Report of Investigation | |
|---|---|

|  | Cargo Barge |
|---|---|
| Gross Tonnage(GRT): |  |
| Net Tonnage(NRT): |  |
| Deadweight Tons: |  |
| Length: | 644.2 |
| Home/Hailing Port: |  |
| Keel Laid Date: | 12/31/1980 |
| Delivery Date: | 03/20/1981 |
| Place of Construction: | GALVESTON, TX, UNITED STATES |
| Builder Name: | GALVESTON SHIPBUILDING CO |
| Propulsion: | None |
| Horsepower: | 0 |
| Master: |  |
| Classification Society: |  |

|  |  |  |
|---|---|---|
|  |  | OVERSEAS 400 CORPORATION |
| Vessel Name: | OSG CONSTITUTION | C/O MARITRANS BUSINESS SERVICES, INC. |
| Flag: | UNITED STATES | TWO HARBOUR PLACE |
|  |  | 302 KNIGHTS RUN |
|  |  | 302 KNIGHTS RUN AVENUE |
| Vessel Identification Number: | 538087 | SUITE 1200 |
| Call Sign: | WDD6580 |  |
| Status: | Undamaged |  |
| Role: | Involved in a Marine Casualty |  |
| Vessel Class, Type, Sub-Type: | Towing Vessel, Articulated Tug and Barge (Tug), General |  |
| Gross Tonnage(GRT): |  |  |
| Net Tonnage(NRT): |  |  |
| Deadweight Tons: | 1548 |  |
| Length: | 129.1 |  |
| Home/Hailing Port: |  |  |
| Keel Laid Date: |  |  |
| Delivery Date: | 12/15/1971 |  |
| Place of | SLIDELL, LA, |  |

| Report of Investigation |
| --- |

| | |
| --- | --- |
| Construction: | UNITED STATES |
| Builder Name: | SOUTHERN SHIPBUILDING |
| Propulsion: | Diesel Reduction |
| Horsepower: | 11128 |
| Master: | |
| Classification Society: | AMERICAN BUREAU OF SHIPPING |
| Owner: | OSG CONSTITUTION LLC 302 KNIGHTS RUN AVENUE # 1200 Tampa, FL, 33602 US MARITRANS CONSTITUTION CO TWO HARBOUR PLACE 302 KNIGHTS RUN AVE 12FL |

| | |
| --- | --- |
| ON CO | TAMPA, FL, 33602 |
| TWO | US |
| HARBOUR | OSG 400 LLC |
| PLACE | TWO HARBOUR PLACE |
| 302 KNIGHTS | 302 KNIGHTS RUN AVENUE, STE 1200 |
| RUN AVE | Tampa, FL, 33602 |
| 12FL | US |

| | |
| --- | --- |
| | TAMPA, FL, 33602 |
| Operator: | |
| Inspection Subchapter: | I |
| Most Recent Vessel Inspection Activity: | 3743136, 05/26/2010 5:02:00 PM |
| Current Certificate of Inspection: | Issued on 05/04/2007 12:23:39 PM, by Sector Delaware Bay |

Owner:

| Report of Investigation |
| --- |

Operator:
Inspection Subchapter: D
Most Recent Vessel Inspection Activity: 3733006, 05/07/2010 7:28:00 AM
Current Certificate of Inspection: Issued on 02/10/2006 2:07:59 PM, by Sector Delaware Bay

Vessel Name: PENN NO 80
Flag: UNITED STATES
Vessel Identification Number: 1226850
Call Sign:
Status: Damaged
Role: Involved in a Marine Casualty
Vessel Class, Type, Sub-Type: Barge, Bulk Liquid Cargo (Tank) Barge, Oil Cargo Barge
Gross Tonnage(GRT):
Net Tonnage(NRT):
Deadweight Tons:
Length: 362.2
Home/Hailing Port: National Vessel Documentation Center, WV
Keel Laid Date: 09/21/2009
Delivery Date: 08/23/2010
Place of Construction: GRANDVIEW, IN, UNITED STATES
Builder Name: CORN ISLAND SHIPYARD INC
Propulsion:
Horsepower:
Master:
Classification Society:
Owner: PENN MARITIME INC
263 Tresser Blvd

One Stamford Plaza
Stamford, CT, 06901
US
Operator:
Inspection Subchapter: D
Most Recent Vessel Inspection Activity: 3829093, 09/21/2009 11:43:00 AM
Current Certificate of Inspection: Issued on 08/23/2010 12:31:53 PM, by Sector Ohio Valley

**Facilities.** The following facilities were subjects of this investigation.  Particulars for each facility follow.

**Parties and Organizations.** The following people and organizations were subjects of this investigation.

███████████████

| Report of Investigation |
| --- |

Status:                               Not at Risk
Role:                                 Subject of Investigation
Gender: M
Age:
SSN:
Birth Date:
Email Address:
Phone Number(Primary):
Address(Home/Primary Residence):

Comments:

Status: Not at Risk
Role: Medical Review Officer
Gender: M
Age:
SSN:
Birth Date:
Email Address:
Phone Number(Daytime Phone): 215-637-6800
Address(Primary): University Services MRO
10551 Decatur Rd
Suite 200
Philadelphia, PA 19154
US

Comments:

Status: Not at Risk
Role: Medical Review Officer
Gender: M
Age:
SSN:
Birth Date:
Email Address:
Phone Number(Work): 941/753-9199
Address(Primary): 5002 Lena Rd.
Suite 110
Bradenton, FL 34211
US

Comments:

Status: Not at Risk
Role: Witness
Gender: M

| Report of Investigation |
| --- |

|  |  |
| --- | --- |
| Age: | |
| SSN: | |
| Birth Date: | |
| Email Address: | |
| Phone Number(Mobile): | ███████ |
| Address(Work): | 111 Continental Drive |
| | Suite 402 |
| | Newark, DE 19713 |
| | US |
| Comments: | Port Captain OSG America |

███████

|  |  |
| --- | --- |
| Status: | Not at Risk |
| Role: | Witness |
| Gender: | |
| Age: | |
| SSN: | - - |
| Birth Date: | |
| Email Address: | |
| Phone Number(Work): | 732 651 1213 |
| Address(Work): | GMT Electronics, Inc. |
| | 171 Main Street |
| | South River, NJ 08882 |
| Comments: | Mr. ██████ serviced the autopilot on the BLUEFIN following the collision |

███████

|  |  |
| --- | --- |
| Status: | Not at Risk |
| Role: | Witness |
| Gender: | M |
| Age: | |
| SSN: | |
| Birth Date: | |
| Email Address: | |
| Phone Number(Work): | 985 868 2401 |
| Address(Work): | Rhodes Electronics, Inc. |
| | 2019 Grand Caillou Road |
| | Houma, LA 70363 |
| | US |
| Comments: | Rhodes electronics installed and serviced Autopilot system on BLUEFIN |

███████

|  |  |
| --- | --- |
| Status: | Not at Risk |
| Role: | Subject of Investigation |
| Gender: | M |
| Age: | ██ |

| Report of Investigation |
| --- |

SSN: ████████
Birth Date: ████████
Email Address:
Phone Number(Home): ████████
Address(Primary): ████████

Comments:

████████████

Status: Not at Risk
Role: Subject of Investigation
Gender: M
Age:
SSN: ████████
Birth Date:
Email Address:
Phone Number(Mobile): ████████
Address(Home/Primary Residence): ████████

Comments:

PENN MARITIME INC
Status: Not at Risk
Role: Subject of Investigation
Email Address:
Phone Number(NVDC Phone Number): 203-356-0009
Address(Primary): 263 Tresser Blvd

One Stamford Plaza
Stamford, CT 06901
US

Comments:

PENN MARITIME INC
Status: Not at Risk
Role: Subject of Investigation
Email Address:
Phone Number(NVDC Phone Number): 203-356-0009
Address(Primary): 263 Tresser Blvd

One Stamford Plaza
Stamford, CT 06901
US

Comments:

Report of Investigation

**Drug and Alcohol Testing.** The following people have been determined by the Coast Guard, Law Enforcement Personnel, and/or the Marine Employer to have been directly involved in a Serious Marine Incident as defined in 46 CFR 4.03-2:

██████████████████████ ; Subject of Investigation
██████████████████████ ; Subject of Investigation
██████████████████████ ; Subject of Investigation

**Response Resources.** The following incident response resources were subjects of this investigation.

| | |
|---|---|
| Resource Name: | CWO ███████ |
| Resource ID: | |
| Kind: | Investigation Resources |
| Sub-Kind: | Marine Casualty Investigator |
| Type: | |

| | |
|---|---|
| Resource Name: | RBS - 25575 |
| Resource ID: | 25575 |
| Kind: | Vessels |
| Sub-Kind: | SAR/Law Enforcement Vessel |
| Type: | |

**Other Subjects.** The following were subjects of this investigation.

**Waterway Segment(s).** The following waterway segment(s) were subjects of this investigation.

DELAWARE RIVER
    Role: Location
    Local Name: MM 53-57
    Description: DELAWARE R, PHILA, PA (TO THE SEA)

DELAWARE RIVER
    Role: Location
    Local Name: MM 70-72
    Description: DELAWARE R, PHILA, PA (TO THE SEA)

---

## Incident Information

**Location(s).**

| Description | Latitude | Longitude |
|---|---|---|
| Baker Range, Delaware River: DELAWARE RIVER | 39 28.1712 N | 075 33.7824 W |
| Aboard Vessel: BLUEFIN: DELAWARE RIVER | 39 42.9534 N | 075 30.4182 W |

| Report of Investigation |
| --- |

**Sequence of Events.**

07/15/2010 12:00:00 to 11/06/2010 0:00:00 (Estimated): BLUEFIN delivery and sea trials on July 15, 2010. Simrad AP50 autopilot system installed at vessel delivery. System installation, set up, and calibration completed before and during Sea Trials.

      Condition Class:  Vessel, Facility, Equipment, Gear, or Cargo
      Condition Type:  Vessel Material/Equipment Condition
      Subject Type:     Navigation
      Location:  Unknown

      Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| BLUEFIN | Vessel | Undamaged | Involved in a Marine Casualty |

      Details Filed: None

07/15/2010 12:00:00 to 11/05/2010 21:40:00 (Estimated): At set up and calibration, boat length setting on BLUEFIN autopilot set to 90' - 130' setting vice 120' - 600' setting. Tow vessel was light boat at the time. The PENN No. 80 will not be delivered untill 8/23/2010.

      Condition Class:  Vessel, Facility, Equipment, Gear, or Cargo
      Condition Type:  Vessel Material/Equipment Condition
      Subject Type:     Navigation
      Location:  Known; US Waters
          Description: Baker Range, Delaware River: DELAWARE RIVER
          Latitude: 39 28.1712 N   Longitude: 075 33.7824 W

      Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| BLUEFIN | Vessel | Undamaged | Involved in a Marine Casualty |

      Details Filed: Material/Equipment Condition
        System:            Navigation
        Sub-System:      Piloting/Steering
        Component:       Magnetic Compass
        Details:          (*Note: the Component item above should be Autopilot vice Magnetic Compass, however that selection choice is not available.)
        Cite:

07/15/2010 12:00:00 to 11/05/2010 22:00:00 (Estimated): The BLUEFIN & PENN No. 80 are 450 feet combined length when operating as an articulated tug and barge.

      Condition Class:  Vessel, Facility, Equipment, Gear, or Cargo
      Condition Type:  Vessel Material/Equipment Condition
      Subject Type:     Construction/Loadline
      Location:  Unknown

| Report of Investigation |
|---|

Subject(s) and Details:

| Name | Type | Status | Role |
|---|---|---|---|
| PENN NO 80 | Vessel | Damaged | Involved in a Marine Casualty |

Details Filed: None

| | | | |
|---|---|---|---|
| BLUEFIN | Vessel | Undamaged | Involved in a Marine Casualty |

Details Filed: None

08/23/2010 12:00:00 to 08/23/2010 12:01:00 (Estimated): Tank barge PENN No. 80 delivered, issued Interim Class Certificate and Certificate of Inspection in Jeffersonville, IN.

Condition Class:  Vessel, Facility, Equipment, Gear, or Cargo
Condition Type:  Vessel Material/Equipment Condition
Subject Type:  Documentation
Location:  Unknown

Subject(s) and Details:

| Name | Type | Status | Role |
|---|---|---|---|
| PENN NO 80 | Vessel | Damaged | Involved in a Marine Casualty |

Details Filed: Material/Equipment Condition

| | |
|---|---|
| System: | Documentation |
| Sub-System: | Certificates/Documents |
| Component: | Certificate of Inspection |
| Details: | Issued interim class certificate and COI on 8/23/2010 |
| Cite: | |

09/15/2010 12:00:00 to 09/15/2010 13:00:00 (Estimated): Service call from technician to correct error alarm on BLUEFIN autopilot. Found setting was improperly set to solenoid/direct operation vice analog operation. Corrected. Also recalibrated drive 1 and 2 (bring the rudders back into calibration with the autopilot.)

Condition Class:  Operations Status
Condition Type:  Vessel Operation Status
Subject Type:
Location:  Unknown

Subject(s) and Details:

| Name | Type | Status | Role |
|---|---|---|---|
| BLUEFIN | Vessel | Undamaged | Involved in a Marine Casualty |

Details Filed: Vessel Activity Details

| | |
|---|---|
| Vessel Activity Type: | Other |
| Other Activity Being Performed: | Autopilot system maintenance |
| Activity Description: | |
| Permit Required: | No |
| Latent Unsafe Condition: | No |

| Report of Investigation |
| --- |

11/05/2010 15:00:00 to 11/05/2010 20:00:00 (Estimated): Master of BLUEFIN received no formal training for use of Simrad AP50 Plus autopilot system. Training gained through conversation with tech reps, reading operator's manual, and through experience w/system on BLUEFIN and two prior vessels.

Condition Class:   Person
Condition Type:   Personnel Condition
Subject Type:      Person
Location:  Known; US Waters
            Description: Baker Range, Delaware River: DELAWARE RIVER
            Latitude: 39 28.1712 N     Longitude: 075 33.7824 W

Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| ███████████ | Party | Not at Risk | Subject of Investigation |

Details Filed: Personnel Condition
  Human Factors:
  Merchant Mariner:                          Yes
      Personnel Credentials:
      Personnel Training:
          Training Category:        Navigational Watch
          Training Type:            Automatic Pilot
          Description:              No formal training. OJT via operations manual and
informal discussions w/tech reps.

      Personnel Experience:
      Total Time in Industry:        Years  Months
      Positions Held:
          Position                           Time in Position

      Experience in Current Type of Position:

      Other Experience (Shipboard):

      Other Experience (Shoreside):

11/05/2010 15:59:00 to 11/05/2010 23:00:00 (Estimated): O/S weather: Clear night w/10 mi visibility, Air: 40F, Wind: NW 10 - 15

Condition Class:   Marine Environment
Condition Type:   Marine Environment
Subject Type:
Location:  Known; US Waters
            Description: Baker Range, Delaware River: DELAWARE RIVER
            Latitude: 39 28.1712 N     Longitude: 075 33.7824 W

Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| DELAWARE RIVER | Waterway | | Location |

Details Filed: Marine Environment Details

| Report of Investigation |
| --- |

Weather Conditions:

| | Weather Forecast | Actual Weather |
| --- | --- | --- |
| Conditions: | | |
| Wind Speed: | | 12 Knots |
| Wind Direction: | | 320 |
| Wind Gusts: | | Knots |
| Ceiling: | | Feet |
| Sky Conditions: | | Clear |
| Air Temperature: | | 40° F |
| Weather/Precipitation: | | |
| Visibility/Precipitation: | | |
| Visibility: | | 10 nm |
| Precipitation (24 hr period): | | |
| Sea Level Pressure: | | Millibars |

| | |
| --- | --- |
| Weather a Forecast Obtained: | |
| Date/Time Obtained: | |
| Source of Forecast: | |
| How were Conditions Predicted: | |
| Weather Forecast Error: | No |

Water Conditions:

| | Water Forecast | Actual Water Conditions |
| --- | --- | --- |
| Water Temperature: | | ° F |
| Water Depth/River Stage: | | (Feet above MLLW) |
| Tide: | | |
| Tidal Current Speed: | | Knots |
| Tidal Current Direction: | | |
| River Current Speed: | | Knots |
| River Current Direction: | | |
| Ice Coverage: | | % |
| Character of Ice: | | |
| Wave Height: | | feet |
| Wave Direction: | | |
| Wave Period: | | seconds |
| Swell Height: | | feet |
| Swell Direction: | | |
| Swell Period: | | seconds |
| Warnings in Effect: | | |

| | |
| --- | --- |
| Was a Water Forecast Obtained: | |
| Date/Time Obtained: | |
| Source of Forecast: | |
| Water Forecast Error: | |
| Latent Unsafe Condition: | No |

11/05/2010 17:30:00 to 11/05/2010 17:30:30 (Estimated): At 17:30 on 11/05/2010, ████ ████ assumed the wheelhouse watch on board ATB OSG CONSTITUTION/OSG 400 as part of his duties as the vessel's master.

| | |
| --- | --- |
| Action Type: | Bridge Operations - Changing Watch |
| Action Class: | Ensure that watch is relieved |
| Location: | Unknown |

Subject(s) and Details:

Report of Investigation

| Name | Type | Status | Role |
|------|------|--------|------|
| ██████████ | Party | Not at Risk | Subject of Investigation |

Details Filed: None

11/05/2010 19:00:00 to 11/05/2010 19:00:30 (Estimated): At 1900 on 11/05/2010, ██ ████████ assumed the wheelhouse watch on the ATB BLUEFIN/PENN No. 80 as part of his duties as vessel's master.

    Action Type:      Bridge Operations - Changing Watch
    Action Class:     Ensure that watch is relieved
    Location:  Unknown

    Subject(s) and Details:

| Name | Type | Status | Role |
|------|------|--------|------|
| ██████████ | Party | Not at Risk | Subject of Investigation |

Details Filed: None

11/05/2010 21:16:00 to 11/05/2010 21:31:00 (Estimated): ATB OSG CONSTITUTION u/w in the notch w/tank barge OSG 400 downbound on the Reedy Island Range, Delaware river in the vicinity of Artificial Island

    Condition Class:   Operations Status
    Condition Type:   Vessel Operation Status
    Subject Type:
    Location:  Known; US Waters
                Description: Baker Range, Delaware River: DELAWARE RIVER
                Latitude: 39 28.1712 N    Longitude: 075 33.7824 W

    Subject(s) and Details:

| Name | Type | Status | Role |
|------|------|--------|------|
| OSG CONSTITUTION | Vessel | Undamaged | Involved in a Marine Casualty |

Details Filed: Vessel Activity Details
    Vessel Activity Type:     Underway
            Course:         193 True
             Speed:          9.1 Knots
    Activity Description:      In the notch, towing barge OSG 400.
    Permit Required:          No
    Latent Unsafe Condition:  No

| OSG 400 | Vessel | Damaged | Involved in a Marine Casualty |
|---------|--------|---------|-------------------------------|

Details Filed: Vessel Activity Details
    Vessel Activity Type:     Underway
            Course:         193 True
             Speed:          9.1 Knots
    Activity Description:      Being towed by OSG CONSITUTION
    Permit Required:          No
    Latent Unsafe Condition:  No

| Report of Investigation |
| --- |

11/05/2010 21:16:01 to 11/05/2010 21:36:00 (Estimated): Between 2 and 2.5 miles prior to the collision, while in the lower half of Reedy Island Range, the master of the OSG Constitution made visual contact w/BLUEFIN and tow.

  Action Type:      Bridge Operations - Visual Monitoring and Lookout
  Action Class:     Receive and verify reports of visual contact
  Location:   Known; US Waters
                    Description: Baker Range, Delaware River: DELAWARE RIVER
                    Latitude: 39 28.1712 N    Longitude: 075 33.7824 W

  Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| ███████████ | Party | Not at Risk | Subject of Investigation |

  Details Filed: None

11/05/2010 21:26:00 to 11/05/2010 21:31:00 (Known): ATB BLUEFIN u/w in the notch w/tank barge PENN NO 80 upbound on the Delaware river in the vicinity of Artificial Island

  Condition Class:   Operations Status
  Condition Type:    Vessel Operation Status
  Subject Type:
  Location:   Known; US Waters
                    Description: Baker Range, Delaware River: DELAWARE RIVER
                    Latitude: 39 28.1712 N    Longitude: 075 33.7824 W

  Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| BLUEFIN | Vessel | Undamaged | Involved in a Marine Casualty |

  Details Filed: Vessel Activity Details
     Vessel Activity Type:      Underway
        Course:     317 True
        Speed:      11.9 Knots
     Activity Description:      In the notch, towing barge PENN NO. 80.
     Permit Required:           No
     Latent Unsafe Condition:   No

| PENN NO 80 | Vessel | Damaged | Involved in a Marine Casualty |
| --- | --- | --- | --- |

  Details Filed: Vessel Activity Details
     Vessel Activity Type:      Underway
        Course:     317 True
        Speed:      11.9 Knots
     Activity Description:      Being towed by tow vessel BLUEFIN.
     Permit Required:           No
     Latent Unsafe Condition:   No

| Report of Investigation |
| --- |

11/05/2010 21:26:01 to 11/05/2010 21:36:00 (Estimated): Master of BLUEFIN made visual contact of OSG CONSTITUTION and tow about 3/4 mile prior to making turn onto Baker Range.

     Action Type:      Bridge Operations - Visual Monitoring and Lookout
     Action Class:      Receive and verify reports of visual contact
     Location:  Known; US Waters
                 Description: Baker Range, Delaware River: DELAWARE RIVER
                 Latitude: 39 28.1712 N    Longitude: 075 33.7824 W

     Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| ████████████ | Party | Not at Risk | Subject of Investigation |

Details Filed: None

11/05/2010 21:29:00 to 11/05/2010 21:34:15 (Estimated): Master BLUEFIN switches from autopilot to full follow up mode and makes turn to starboard from heading 317 to heading 359

     Action Type:      Bridge Operations - Shiphandling
     Action Class:      Maneuver in accordance with vessel and/or tow handling characteristics
     Location:  Known; US Waters
                 Description: Baker Range, Delaware River: DELAWARE RIVER
                 Latitude: 39 28.1712 N    Longitude: 075 33.7824 W

     Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| ████████████ | Party | Not at Risk | Subject of Investigation |

Details Filed: None

11/05/2010 21:34:30 to 11/05/2010 21:35:00 (Estimated): After steadying up on heading 359 T, Master BLUEFIN engages autopilot.

     Action Type:      Bridge Operations - Shiphandling
     Action Class:      Maneuver in accordance with vessel and/or tow handling characteristics
     Location:  Known; US Waters
                 Description: Baker Range, Delaware River: DELAWARE RIVER
                 Latitude: 39 28.1712 N    Longitude: 075 33.7824 W

     Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| ████████████ | Party | Not at Risk | Subject of Investigation |

Details Filed: None

| Report of Investigation |
| --- |

11/05/2010 21:34:45 to 11/05/2010 21:36:00 (Estimated): About 10-15 seconds after being placed on autopilot control, the BLUEFIN makes a hard turn to port.

Event Type:     Vessel Maneuverability
Event Class:     Other loss
Event Subclass:
Location:  Known; US Waters
          Description: Baker Range, Delaware River: DELAWARE RIVER
          Latitude: 39 28.1712 N    Longitude: 075 33.7824 W

Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| BLUEFIN | Vessel | Undamaged | Involved in a Marine Casualty |

Details Filed: None

11/05/2010 21:34:55 to 11/05/2010 21:36:00 (Estimated): Master of BLUEFIN, after noticing turn to port, switches steering to full follow up from autopilot, steers to starboard, and puts engines in reverse in order to steer away from (and reduce speed of contact with) the approaching outbound tow of the OSG CONSTITUTION.

Action Type:     Bridge Operations - Collision Avoidance
Action Class:    Assess threat of collision and determine collision avoidance maneuver
Location:  Known; US Waters
          Description: Baker Range, Delaware River: DELAWARE RIVER
          Latitude: 39 28.1712 N    Longitude: 075 33.7824 W

Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| ███████████ | Party | Not at Risk | Subject of Investigation |

Details Filed: None

11/05/2010 21:35:00 to 11/05/2010 21:36:00 (Estimated): Master of OSG CONSTITUTION radios to BLUEFIN to ask "What are you doing?"

Action Type:     Bridge Operations - Bridge Communications
Action Class:    Establish and maintain VHF radio communications with other vessels and appropriate shore authorities
Location:  Known; US Waters
          Description: Baker Range, Delaware River: DELAWARE RIVER
          Latitude: 39 28.1712 N    Longitude: 075 33.7824 W

Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| ███████████ | Party | Not at Risk | Subject of Investigation |

Details Filed: Communications Details

| Report of Investigation |
| --- |

Communications Description:
Communications Type:                  Ship to Ship
Sent or Received:                     Received
Means of Communication:               Communications Equipment
    Frequency/Channel             Channel
    Power Setting:
Communication Acknowledged:           Yes
Communication Protocols:
Communications Effectiveness:         Communication Effective
Effectiveness Description:
Interference Difficulties:
Interference Description:

**11/05/2010 21:35:02 to 11/05/2010 21:35:04 (Known): Master of BLUEFIN responds to communication from Master of OSG CONSTITUTION "I lost steering."**

Action Type:     Bridge Operations - Bridge Communications
Action Class:    Establish and maintain VHF radio communications with other vessels and appropriate shore authorities
Location:   Known; US Waters
    Description: Baker Range, Delaware River: DELAWARE RIVER
    Latitude: 39 28.1712 N    Longitude: 075 33.7824 W

Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| ▮▮▮▮▮▮▮▮ | Party | Not at Risk | Subject of Investigation |

Details Filed: Communications Details
Communications Description:
Communications Type:                  Ship to Ship
Sent or Received:                     Received
Means of Communication:               Communications Equipment
    Frequency/Channel             Channel
    Power Setting:
Communication Acknowledged:           Yes
Communication Protocols:
Communications Effectiveness:         Communication Effective
Effectiveness Description:
Interference Difficulties:
Interference Description:

**11/05/2010 21:36:00 to 11/05/2010 21:36:30 (Known): Tank barges PENN NO 80 and OSG 400 collide.**

Event Type:       Collision
Event Class:      Meeting
Event Subclass:   Subject vessel controlled by Other Vessel (barges/tows)
Location:   Known; US Waters
    Description: Baker Range, Delaware River: DELAWARE RIVER
    Latitude: 39 28.1712 N    Longitude: 075 33.7824 W

Subject(s) and Details:

| | | | |
|---|---|---|---|
| **Report of Investigation** | | | |

| Name | Type | Status | Role |
|---|---|---|---|
| OSG 400 | Vessel | Damaged | Involved in a Marine Casualty |

Details Filed: Collision Details

| | |
|---|---|
| Location of Impact: | Port Bow |
| Above/Below WaterLine: | Above |
| Vessel Course: | 171 True |
| Vessel Speed: | 6.6 Knots |
| Steering Functional: | Fully |
| Propulsion Functional: | Fully |
| Fuel On Board: | |
| Cargo On Board: | |

| **Cargo Name** | **Quantity** |
|---|---|
| Oil: Crude | 1000 Barrel |

| | |
|---|---|
| Additional Information: | *Vessel part of an ATB w/ OSG CONSTITUTION pushing ahead in the notch. Barge was empty at the time and was enroute Bigstone Anchorage, Delaware Bay to lighter another vessel.* |

| Name | Type | Status | Role |
|---|---|---|---|
| PENN NO 80 | Vessel | Damaged | Involved in a Marine Casualty |

Details Filed: Collision Details

| | |
|---|---|
| Location of Impact: | Port Bow |
| Above/Below WaterLine: | Above |
| Vessel Course: | 338 True |
| Vessel Speed: | 6.3 Knots |
| Steering Functional: | Fully |
| Propulsion Functional: | Fully |
| Fuel On Board: | |
| Cargo On Board: | |

| **Cargo Name** | **Quantity** |
|---|---|
| Oil, fuel: No. 6 | 79000 Barrel |

| | |
|---|---|
| Additional Information: | *Vessel was part of an ATB with BLUEFIN pushing ahead in the notch.* |

11/05/2010 21:36:02 to 12/05/2010 12:00:00 (Estimated): Both barges were damaged by the collision. The PENN No. 80 had insets in the port bow from the gunwhale to just above the turn of the bilge with typical damage to associated internals. The OSG 400 had insets running from the port bow to just abaft the beam at the 23 foot draft and just above the turn of the bilge with typical damage to associated internals.

| | |
|---|---|
| Event Type: | Material Failure (Vessels) |
| Event Class: | Construction/Loadline |
| Event Subclass: | |
| Location: | Known; US Waters |
| | Description: Baker Range, Delaware River: DELAWARE RIVER |
| | Latitude: 39 28.1712 N    Longitude: 075 33.7824 W |

Subject(s) and Details:

| Name | Type | Status | Role |
|---|---|---|---|
| OSG 400 | Vessel | Damaged | Involved in a Marine Casualty |

23

| Report of Investigation |
| --- |

**Details Filed: Material/Equipment Failure**

| | |
| --- | --- |
| System: | Construction/Loadline |
| Sub-System: | Hull |
| Component: | Hull Plating |
| Failure: | Yes |
| Category: | Non-Catastrophic Failure Requiring Repair/Replacement |
| Details: | |
| Cite: | |

Equipment Approval Information
   Q-Number:
   Manufacturer:
   Serial No:
   Year Built:
   Description:

| PENN NO 80 | Vessel | Damaged | Involved in a Marine Casualty |
| --- | --- | --- | --- |

**Details Filed: Material/Equipment Failure**

| | |
| --- | --- |
| System: | Construction/Loadline |
| Sub-System: | Hull |
| Component: | Hull Plating |
| Failure: | Yes |
| Category: | Non-Catastrophic Failure Requiring Repair/Replacement |
| Details: | |
| Cite: | |

Equipment Approval Information
   Q-Number:
   Manufacturer:
   Serial No:
   Year Built:
   Description:

11/05/2010 21:37:00 to 11/05/2010 21:37:00 (Estimated): Initial Notification - Tug Bluefin reports they have collided with the OSG Constitution IVO Artificial Island, Baker Range buoy 3B

| | |
| --- | --- |
| Action Type: | Other Actions - Reporting/Notifications |
| Action Class: | Report/Notification of Casualty or Incident |
| Location: | Known; US Waters |
| | Description: Baker Range, Delaware River: DELAWARE RIVER |
| | Latitude: 39 28.1712 N    Longitude: 075 33.7824 W |

Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| ███████████ | Party | Not at Risk | Subject of Investigation |

Details Filed: Notification

Incident Detail/Location

| | |
| --- | --- |
| Incident Type: | MS: Collision |
| Incident Date/Time: | 11/06/2010 1:37:00 AM |
| Notification Method: | VHF/FM (Channel 16) voice |
| Date/Time Notified: | 11/06/2010 1:37:00 AM |

Report of Investigation

|  | Specific Notification Problem: | No |

Incident Location:
    Address:
    City, St, Zip:          ,
    Province/Country:    /
    Latitude:           39 28.16 N
    Longitude:         075 33.8 W
    General Location/Affected Area    Baker Range, Delaware River

Reporting Party
    Name:
    Callback Phone:
    Cell Phone:
    Location:
        Address:
        City, ST, Zip:      ,
        Province/Country:   /
        Facility Name:
        Organization:
        General Location:

Involved Subjects
Incident Description
    Tug Bluefin reports they have collided with the OSG Constitution IVO Artificial Island, Baker Range buoy 3B

11/05/2010 23:19:20 to 11/05/2010 23:20:20 (Estimated): Post-casualty alcohol testing - ▉ results.

    Action Type:     Other Actions - Drug and Alcohol Use and Testing
    Action Class:    Take Alcohol Test - Post-casualty
    Location:  Unknown

Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| ▉ | Party | Not at Risk | Subject of Investigation |

Details Filed: Drug and Alcohol Test Details
    Sample Collection
        Reason for Sample:       Post-casualty
        Date/Time Directed:      11/05/2010 11:19:00 PM
        Means of Direction:      employer directed
        Directed By:
            Organization:       Marine Employer
            Description:        Penn Maritime
        Directed to get DOT Test:    Yes
        Chemical Test Sample Provided:   Yes
            Chemical Test Type:    Alcohol
            Sample Type:       Saliva
            Date/Time Sample Taken: 11/05/2010 11:19:00 PM
            Sampling Location:          O/B BLUEFIN, Anch#2, Delaware River
            DOT Protocols Used:    Yes
            Collection Agent Name:   ▉
            Collection Agent's Organization:   Penn Maritime

| Report of Investigation |
|---|

|  |  |
|---|---|
| Donor Certified: | Yes |
| Irregularities Noted: | No |
| Transferred/Chain of Custody Complete: | No |

Field Sobriety Test
| Field Sobriety Test Performed: | No |

Alcohol Analysis
| Method of Analysis: | Saliva Test |
| Instrument Used: | QED |
| Date/Time Results Obtained: | 11/05/2010 11:19:00 PM |
| Results: | ███████ |
| Agency Conducting Analysis: | Penn Maritime |
| Description of Analysis: | |
| Irregularities in Analysis: | No |

Drug Analysis
| Analyzing Laboratory: | |
| DOT Protocols Used: | Yes |
| Test Results: | |
| Medical Review Officer/Coroner: | |
| MRO/Coroner Conclusions: | |
| Sample Transferred and Chain of Custody Complete: | Yes |

Drug Re-Analysis

11/05/2010 23:20:00 to 11/05/2010 23:25:00 (Known): ███████ post-casualty drug test.

| Action Type: | Other Actions - Drug and Alcohol Use and Testing |
| Action Class: | Take Drug Test - Post-casualty |

Location: Known; US Waters
Description: Baker Range, Delaware River: DELAWARE RIVER
Latitude: 39 28.1712 N  Longitude: 075 33.7824 W

Subject(s) and Details:

| Name | Type | Status | Role |
|---|---|---|---|
| ███████ | Party | Not at Risk | Subject of Investigation |

Details Filed: Drug and Alcohol Test Details
Sample Collection
| Reason for Sample: | Post-casualty |
| Date/Time Directed: | 11/05/2010 11:20:00 PM |
| Means of Direction: | Employer directed |
| Directed By: | |
| Organization: | Marine Employer |
| Description: | Penn Marintime |
| Directed to get DOT Test: | Yes |
| Chemical Test Sample Provided: | Yes |
| Chemical Test Type: | Dangerous Drugs |
| Sample Type: | Urine |
| Date/Time Sample Taken: | 11/05/2010 11:20:00 PM |
| Sampling Location: | O/B BLUEFIN at Anchorage #2 Delaware River |
| DOT Protocols Used: | Yes |
| Collection Agent Name: | ███████ |
| Collection Agent's Organization: | Penn Maritime |
| Donor Certified: | Yes |

26

| Report of Investigation |
| --- |

                          Irregularities Noted:        No
                          Transferred/Chain of
                          Custody Complete:            Yes
        Field Sobriety Test
                          Field Sobriety Test Performed: No
        Drug Analysis
                          Analyzing Laboratory:        LabOne, Inc. DBA Quest Diagnostics, Lenexa, KS
        66219
                          DOT Protocols Used:          Yes
                          Test Results:
                          Medical Review Officer:
                          MRO Conclusions:
                          Sample Transferred and Chain
                          of Custody Complete:         Yes
        Drug Re-Analysis

11/06/2010 0:30:06 to 11/06/2010 0:35:06 (Known): Post-casualty drug test with ▮ results.

        Action Type:      Other Actions - Drug and Alcohol Use and Testing
        Action Class:     Take Drug Test - Post-casualty
        Location:  Unknown

        Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| ▮▮▮▮ | Party | Not at Risk | Subject of Investigation |

        Details Filed: Drug and Alcohol Test Details
        Sample Collection
                          Reason for Sample:           Post-casualty
                          Date/Time Directed:          11/06/2010 1:00:00 AM
                          Means of Direction:          employer directed
                          Directed By:
                          Organization:                Marine Employer
                          Description:                 OSG America
                          Directed to get DOT Test:    Yes
                          Chemical Test Sample Provided: Yes
                          Chemical Test Type:          Dangerous Drugs
                          Sample Type:                 Urine
                          Date/Time Sample Taken: 11/06/2010 1:00:00 AM
                          Sampling Location:           O/B OSG CONSITUTION, Anch #3,
        Delaware River
                          DOT Protocols Used:          Yes
                          Collection Agent Name:       ▮▮▮
                          Collection Agent's Organization:  OSG America
                          Donor Certified:             Yes
                          Irregularities Noted:        No
                          Transferred/Chain of
                          Custody Complete:            Yes
        Field Sobriety Test
                          Field Sobriety Test Performed: No
        Drug Analysis
                          Analyzing Laboratory:        MEDTOX LABORATORIES, INC., ST PAUL, MN
        55112
                          DOT Protocols Used:          Yes
                          Test Results:

| Report of Investigation |
| --- |

Medical Review Officer:
MRO Conclusions: ███████████
Sample Transferred and Chain
of Custody Complete:                    Yes
Drug Re-Analysis

11/06/2010 9:00:00 to 11/06/2010 10:00:00 (Estimated): Technician examines autopilot on BLUEFIN and finds boat length setting incorrect, rudder limits and zero points out of callibration, autotirm and autos sea state set on, terminal screws in JD53 distribution panel were loose. After correcting these items autopilot functions properly.

Action Type:        Deck Operations - Deck Maintenance
Action Class:       Maintain deck equipment
Location:   Known; US Waters
            Description: Aboard Vessel: BLUEFIN: DELAWARE RIVER
            Latitude: 39 42.9534 N    Longitude: 075 30.4182 W

Subject(s) and Details:

| Name | Type | Status | Role |
| --- | --- | --- | --- |
| ███████████ | Party | Not at Risk | Witness |

Details Filed: None

| Report of Investigation |
| --- |

# V. CAUSAL ANALYSIS

## The Initiating Event of the Incident

**Initiating Event:**

Vessel Maneuverability (11/05/2010 9:34:45 PM)

### Production Factors

Active Human Failures - Execution Errors - Attention Failures - Inattention errors
> Mode Error; Settings of boat length was based on "as is" configuration of vessel when setting was input at sea trials vice "as operated". Specifically, setting reflected "as is" light boat length at time of sea trials as opposed to "as operated" ATB length, which includes barge and boat lengths.
>> Deck Operations - Deck Maintenance: 11/06/2010 9:00:00 AM, Aboard Vessel: BLUEFIN: DELAWARE RIVER, █████████

Active Equipment/Material Failures - Active failures of equipment
> Terminal screws had loosened (probably due to vibration) and rudder limits/zero points were out of calibration (in spite of having recently been calibrated on 9/15/2010.)
>> Deck Operations - Deck Maintenance: 11/06/2010 9:00:00 AM, Aboard Vessel: BLUEFIN: DELAWARE RIVER, ██████████

### Preconditions

LUCs in Equipment - Improper condition (i.e., wear, etc.)
> Settings and calibration of autopilot not properly configured.
>> Vessel, Facility, Equipment, Gear, or Cargo: 07/15/2010 12:00:00 PM, Baker Range, Delaware River: DELAWARE RIVER, BLUEFIN

### Workplace Factors

LUCs in Operations - Incorrect data provided (to Line Workers)
> Calibration and installation settings for autopilot conducted while vessel was light boat and value for boat length did not reflect length of the joined ATB (tow vessel plus barge). Operator should ensure installation technicians are made aware of what actual as used conditions will be.
>> Vessel, Facility, Equipment, Gear, or Cargo: 07/15/2010 12:00:00 PM, Baker Range, Delaware River: DELAWARE RIVER, BLUEFIN

### Organization Factors

### Defense Factors

Defenses that were in place but failed due to inadequacy - Inadequate briefings
> Installing technician should have been made aware of overall ATB length during set up and configuration phase. When barge was delivered and tow vessel and

| Report of Investigation |
| --- |

barge were joined into a unit the system should have been reconfigured for the new length.
> Vessel, Facility, Equipment, Gear, or Cargo: 07/15/2010 12:00:00 PM,
> Baker Range, Delaware River: DELAWARE RIVER, BLUEFIN

Active Equipment/Material Failures - Active failures of equipment
> Terminal screws had loosened (probably due to vibration) and rudder limits/zero points were out of calibration (in spite of having recently been calibrated on 9/15/2010.)
>> Deck Operations - Deck Maintenance: 11/06/2010 9:00:00 AM, Aboard
>> Vessel: BLUEFIN: DELAWARE RIVER, ███████████


## **Failures of Defense Against Subsequent Events in the Incident**

### **Subsequent Event #1:**

Collision (11/05/2010 9:36:00 PM)

### **Defense Factors**

Defenses that were in place but failed due to inadequacy - Inadequate briefings
> Combination of improper settings (boat length, rudder limits/zero points) and material failure (terminal screws) created conditions that allowed aberrant behavior of autopilot system.
>> Vessel Maneuverability: 11/05/2010 9:34:45 PM, Baker Range, Delaware
>> River: DELAWARE RIVER, BLUEFIN

Active Equipment/Material Failures - Active failures of equipment
> Combination of improper settings (boat length, rudder limits/zero points) and material failure (terminal screws) created conditions that allowed aberrant behavior of autopilot system.
>> Vessel Maneuverability: 11/05/2010 9:34:45 PM, Baker Range, Delaware
>> River: DELAWARE RIVER, BLUEFIN


### **Subsequent Event #2:**

Material Failure (Vessels) (11/05/2010 9:36:02 PM)

### **Defense Factors**

Other
> Combination of improper settings (boat length, rudder limits/zero points) and material failure (terminal screws) created conditions that allowed aberrant behavior of autopilot system. Once collision occured, material damage was foregone conclusion. Vessel construction protected the cargo envelopes and kept barges afloat, thereby performing as designed.
>> Material Failure (Vessels): 11/05/2010 9:36:02 PM, Baker Range,
>> Delaware River: DELAWARE RIVER, OSG 400

Report of Investigation

| Report of Investigation |
| --- |

## VI. REFERRAL FOR ENFORCEMENT ACTION

The following referrals for enforcement action have been made as a result of this investigation and represent those instances where the Coast Guard has gathered evidence that indicates one or more alleged violations or offenses may have occurred.  Any determinations as to whether or not one or more actual violations or offenses have occurred are documented in the appropriate Coast Guard enforcement activities.

| Report of Investigation |
| --- |

## APPENDIX 1 - EVIDENCE

**3886040-002-█████**
    CG2692 fm CONSTITUTION
    Collection Information:
            Date/Time:      11/10/2010 3:17:00 PM
            Location:        Sector Delaware Bay
            Collected By:   USCG Gathered; CWO4 █████████, SEC DelwrBy
            Witnessed By:  USCG Witness; ,
    Tracking:
    Attachments:
            - 2692 Constitution.pdf; CG-2692 - Report of Marine Accident/Injury/Death;
                Also includes CG2692 B; Sector Delaware Bay; █████████;
                11/16/2010;

**3886040-003-█████**
    CG2692 fm tug BLUEFIN
    Collection Information:
            Date/Time:      11/07/2010 3:20:00 PM
            Location:        Port of Wilmington, DE o/b BLUEFIN
            Collected By:   USCG Gathered; CWO4 █████████, SEC DelwrBy
            Witnessed By:  USCG Witness; ,
    Tracking:
    Attachments:
            - 2692 Bluefin 6Nov10.pdf; CG-2692 - Report of Marine Accident/Injury/Death;
                Sector Delaware Bay; █████████; 11/16/2010;

**3886040-004-█████**
    CG2692B fm BLUEFIN
    Collection Information:
            Date/Time:      11/12/2010 12:55:00 PM
            Location:        Sector Delaware Bay
            Collected By:   USCG Gathered; CWO4 █████████, SEC DelwrBy
            Witnessed By:  USCG Witness; ,
    Tracking:
    Attachments:
            - 2692B Bluefin.pdf; CG-2692B - Report of Chemical Drug/Alcohol Testing;
                Sector Delaware Bay; █████████; 11/16/2010;

**3886040-005-█████**
    Conversation record w/█████████, Master of BLUEFIN
    Collection Information:
            Date/Time:      11/06/2010 3:45:00 AM
            Location:        O/B BLUEFIN @ Gen. Anchorage #2 Delaware River
            Collected By:   USCG Gathered; CWO4 █████████, SEC DelwrBy
            Witnessed By:  USCG Witness; ,
    Tracking:

| Report of Investigation |
| --- |

> Attachments:
>> - ConRec Edvardsen 6Nov10.pdf; Witness Statement/Interview Record; Sector
>> Delaware Bay; ████████████; 11/16/2010;

**3886040-006-████**
> Conversation record w/ ████████████, mate of BLUEFIN
> Collection Information:
>> Date/Time:      11/06/2010 4:18:00 AM
>> Location:       O/B BLUEFIN @ Gen. Anchorage #2 Delaware River
>> Collected By:   USCG Gathered; CWO4 ████████, SEC DelwrBy
>> Witnessed By:   USCG Witness; ,
> Tracking:
> Attachments:
>> - ConRec ████████████ 6Nov10.pdf; Witness Statement/Interview Record;
>> Sector Delaware Bay; ████████████; 11/16/2010;

**3886040-007-████**
> Conversation record w/████████████, deckhand on CONSTITUTION
> Collection Information:
>> Date/Time:      11/06/2010 5:22:00 AM
>> Location:       O/B CONSTITUTION @Gen Anchorage #3 Delaware River
>> Collected By:   USCG Gathered; CWO4 ████████, SEC DelwrBy
>> Witnessed By:   USCG Witness; ,
> Tracking:
> Attachments:
>> - ConRec Arthur Stewart 6Nov10.pdf; Witness Statement/Interview Record;
>> Sector Delaware Bay; ████████████; 11/16/2010;

**3886040-008-████**
> Conversation record w/ ████████████, Master on CONSTITUTION
> Collection Information:
>> Date/Time:      11/06/2010 5:30:00 AM
>> Location:       O/B CONSTITUTION @Gen. Anchorage #3 Delaware River
>> Collected By:   USCG Gathered; CWO4 ████████, SEC DelwrBy
>> Witnessed By:   USCG Witness; ,
> Tracking:
> Attachments:
>> - ConRec ████████████ 6Nov10.pdf; Witness Statement/Interview Record;
>> Sector Delaware Bay; ████████████; 11/16/2010;

**3886040-009-████**
> MMC for ████████████
> Collection Information:
>> Date/Time:      11/06/2010 3:37:00 PM
>> Location:       O/B BLUEFIN @Gen. Anchorage #2 Delaware River
>> Collected By:   USCG Gathered; CWO4 ████████, SEC DelwrBy
>> Witnessed By:   USCG Witness; ,
> Tracking:

| Report of Investigation |
| --- |

        Attachments:
            - ████ Credential.pdf; Documentary Evidence; Sector Delaware Bay; ████ ; 11/16/2010;

**3886040-010-**████
        MMC for ████
        Collection Information:
            Date/Time:      11/06/2010 3:44:00 PM
            Location:        O/B BLUEFIN @Gen. Anchoarge #2 Delaware River
            Collected By:    USCG Gathered; CWO4 ████, SEC DelwrBy
            Witnessed By:   USCG Witness; ,
        Tracking:
        Attachments:
            - ████ Credential.pdf; Documentary Evidence; Sector Delaware Bay; ████ ; 11/16/2010;

**3886040-011-**████
        MMC for ████
        Collection Information:
            Date/Time:      11/06/2010 5:30:00 AM
            Location:        O/B CONSITITUTION @Gen Anchorage #2 Delaware River
            Collected By:    USCG Gathered; CWO4 ████, SEC DelwrBy
            Witnessed By:   USCG Witness; ,
        Tracking:
        Attachments:
            - ████ Credential.pdf; Documentary Evidence; Sector Delaware Bay; ████ ; 11/18/2010;

**3886040-012-**████
        Certificate of Documentation: BLUEFIN
        Collection Information:
            Date/Time:      11/06/2010 3:45:00 AM
            Location:        O/B BLUEFIN @Gen. Anchorage #2 Delaware River
            Collected By:    USCG Gathered; CWO4 ████, SEC DelwrBy
            Witnessed By:   USCG Witness; ,
        Tracking:
        Attachments:
            - Bluefin COD.pdf; Documentation Certificate; Sector Delaware Bay; ████ ; 11/18/2010;

**3886040-013-**████
        Certificate of Documentation: PENN NO 80
        Collection Information:
            Date/Time:      11/06/2010 3:45:00 AM
            Location:        O/B BLUEFIN @Gen Anchorage #2 Delaware River
            Collected By:    USCG Gathered; CWO4 ████, SEC DelwrBy
            Witnessed By:   USCG Witness; ,
        Tracking:

| Report of Investigation |
| --- |

Attachments:
- Penn 80 COD.pdf; Documentation Certificate; Sector Delaware Bay; ███████; 11/18/2010;

3886040-014-███

Certificate of Documentation: OSG CONSITITUTION
Collection Information:
    Date/Time:     11/06/2010 5:30:00 AM
    Location:      O/B CONSTITUTION @Gen Anchorage #3 Delaware River
    Collected By:   USCG Gathered; CWO4 ████████, SEC DelwrBy
    Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
- OSG Constitution COD.pdf; Documentation Certificate; Sector Delaware Bay; ██████████; 11/18/2010;

3886040-015-███

Written statement: ████████████
Collection Information:
    Date/Time:     11/07/2010 11:30:00 AM
    Location:      Port of Wilmington, DE
    Collected By:   USCG Gathered; CWO4 ████████, SEC DelwrBy
    Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
- ████████████ 6Nov10.pdf; Witness Statement/Interview Record; Sector Delaware Bay; ██████████; 11/18/2010;

3886040-016-███

Technician's service report for autopilot system o/b BLUEFIN
Collection Information:
    Date/Time:     11/07/2010 11:30:00 AM
    Location:      Port of Wilmington, DE
    Collected By:   USCG Gathered; CWO4 ████████, SEC DelwrBy
    Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
- Autopilot Service Report 6Nov10.pdf; Documentary Evidence; Sector Delaware Bay; ██████████; 11/18/2010;

3886040-017-███

██████████ timeline notes
Collection Information:
    Date/Time:     11/07/2010 11:30:00 AM
    Location:      Port of Wilmington, DE
    Collected By:   USCG Gathered; CWO4 ████████, SEC DelwrBy
    Witnessed By:  USCG Witness; ,
Tracking:

| Report of Investigation |
| --- |

Attachments:
- ███████ timeline 6Nov10.pdf; Documentary Evidence; Sector Delaware Bay; ███████; 11/18/2010;

3886040-018-███
Class survey report for BLUEFIN and PENN NO 80
Collection Information:
    Date/Time:     11/07/2010 2:18:00 PM
    Location:       Sector Delaware Bay
    Collected By:   USCG Gathered; CWO4 ███████, SEC DelwrBy
    Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
- Bluefin & Penn 80 Class Report.pdf; Documentary Evidence; Sector Delaware Bay; ███████; 11/18/2010;

3886040-019-███
Written statement: ███████
Collection Information:
    Date/Time:     11/07/2010 11:30:00 AM
    Location:       Port of Wilmington, DE
    Collected By:   USCG Gathered; CWO4 ███████, SEC DelwrBy
    Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
- ███████ Statement.pdf; Witness Statement/Interview Record; Sector Delaware Bay; ███████; 11/18/2010;

3886040-020-███
Verification of Merchant Mariner Information: ███████
Collection Information:
    Date/Time:     11/07/2010 11:30:00 AM
    Location:       Port of Wilmington, DE
    Collected By:   USCG Gathered; CWO4 ███████, SEC DelwrBy
    Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
- ███████ contact info.pdf; Documentary Evidence; Sector Delaware Bay; ███████ 11/18/2010;

3886040-021-███
Verification of Merchant Mariner Information: ███████
Collection Information:
    Date/Time:     11/07/2010 11:30:00 AM
    Location:       Port of Wilmington, DE
    Collected By:   USCG Gathered; CWO4 ███████, SEC DelwrBy
    Witnessed By:  USCG Witness; ,
Tracking:

| Report of Investigation |
| --- |

        Attachments:
- ██████ PAS & Contact Info.pdf; Documentary Evidence; Sector Delaware Bay; ██████; 11/18/2010;

**3886040-022-**██
    Verifictaion of Merchant Mariner Information: ██████
    Collection Information:
        Date/Time:    11/07/2010 11:30:00 AM
        Location:    Port of Wilmington, DE
        Collected By:    USCG Gathered; CWO4 ██████, SEC DelwrBy
        Witnessed By:    USCG Witness; ,
    Tracking:
    Attachments:
- ██████ contact info.pdf; Documentary Evidence; Sector Delaware Bay; ██████; 11/18/2010;

**3886040-023-**██
    Written statement: ██████
    Collection Information:
        Date/Time:    11/07/2010 11:30:00 AM
        Location:    Port of Wilmington, DE
        Collected By:    USCG Gathered; CWO4 ██████, SEC DelwrBy
        Witnessed By:    USCG Witness; ,
    Tracking:
    Attachments:
- ██████ Statement.pdf; Witness Statement/Interview Record; Sector Delaware Bay; ██████; 11/18/2010;

**3886040-024-**██
    BLUEFIN crewlist
    Collection Information:
        Date/Time:    11/06/2010 3:45:00 AM
        Location:    O/B BLUEFIN@Gen. Anchorage #2 Delaware River
        Collected By:    USCG Gathered; CWO4 ██████, SEC DelwrBy
        Witnessed By:    USCG Witness; ,
    Tracking:
    Attachments:
- Bluefin Crewlist.pdf; Documentary Evidence; Sector Delaware Bay; ██████; 11/18/2010;

**3886040-025-**██
    BLUEFIN / PENN No 80 Particulars & Maneuvering Characteristics
    Collection Information:
        Date/Time:    11/06/2010 3:45:00 AM
        Location:    O/B BLUEFIN @Gen. Anchorage #2 Delaware River
        Collected By:    USCG Gathered; CWO4 ██████, SEC DelwrBy
        Witnessed By:    USCG Witness; ,
    Tracking:

| Report of Investigation |
| --- |

Attachments:
    - Bluefin & Penn 80 Particulars.pdf; Documentary Evidence; Sector Delaware
      Bay; ███████████; 11/18/2010;

**3886040-026-**██
    Verification of Merchant Mariner Information: ████████
    Collection Information:
        Date/Time:    11/07/2010 11:30:00 AM
        Location:    Port of Wilmington. DE
        Collected By:    USCG Gathered; CWO4 ████████, SEC DelwrBy
        Witnessed By:    USCG Witness; ,
    Tracking:
    Attachments:
      - ██████ Contac Info.pdf; Documentary Evidence; Sector Delaware Bay;
      ██████; 11/18/2010;

**3886040-027-**██
    Bluefin printout of ECDIS data
    Collection Information:
        Date/Time:    11/06/2010 3:45:00 AM
        Location:    O/B BLUEFIN @Gen Anchorage #2 Delaware River
        Collected By:    USCG Gathered; CWO4 ████████, SEC DelwrBy
        Witnessed By:    USCG Witness; ,
    Tracking:
    Attachments:
      - Bluefin ECDIS track plot.pdf; Documentary Evidence; Sector Delaware Bay;
      ██████; 11/18/2010;

**3886040-028-**██
    Investigating Officer's photolog
    Collection Information:
        Date/Time:    11/18/2010 1:03:00 PM
        Location:    Sector Delaware Bay
        Collected By:    USCG Gathered; CWO4 ████████, SEC DelwrBy
        Witnessed By:    USCG Witness; ,
    Tracking:
    Attachments:
      - IOs Photolog.pdf; Photograph; Sector Delaware Bay; ████████;
      01/19/2011;

**3886040-029-**██
    Photos provided by OSG Ship Management rep ████████
    Collection Information:
        Date/Time:    11/08/2010 12:03:00 PM
        Location:    Sector Delaware Bay
        Collected By:    USCG Gathered; CWO4 ████████, SEC DelwrBy
        Witnessed By:    USCG Witness; ,
    Tracking:

| Report of Investigation |
| --- |

Attachments:
- ▇▇▇▇ photos.pdf; Photograph; Sector Delaware Bay; ▇▇▇▇.; 11/18/2010;

**3886040-030-▇**
Conversation record w/▇▇▇▇, electronic technician
Collection Information:

| | |
| --- | --- |
| Date/Time: | 11/08/2010 11:12:00 AM |
| Location: | Sector Delaware Bay |
| Collected By: | USCG Gathered; CWO4 ▇▇▇▇, SEC DelwrBy |
| Witnessed By: | USCG Witness; , |

Tracking:
Attachments:
- ConRec ▇▇▇▇ 8Nov10.pdf; Witness Statement/Interview Record; Sector Delaware Bay; ▇▇▇▇.; 11/29/2010;

**3886040-031-▇**
AIS tracking plot of BLUEFIN & OSG CONSTITUTION from GISNet
Collection Information:

| | |
| --- | --- |
| Date/Time: | 11/18/2010 11:14:00 AM |
| Location: | Sector Delaware Bay |
| Collected By: | USCG Gathered; CWO4 ▇▇▇▇, SEC DelwrBy |
| Witnessed By: | USCG Witness; , |

Tracking:
Attachments:
- AIS Track BLUEFIN & OSG CONSTITUTION.pdf; Documentary Evidence; Sector Delaware Bay; ▇▇▇▇; 11/18/2010;

**3886040-032-▇**
Drug test results for Edvardsen and Albers of BLUEFIN. Also statement fm ▇▇▇▇ ▇▇▇▇ regarding ▇▇▇▇ familiarity with the Simrad AP50 Autopilot
Collection Information:

| | |
| --- | --- |
| Date/Time: | 12/10/2010 1:53:00 PM |
| Location: | Sector Delaware Bay |
| Collected By: | USCG Gathered; CWO4 ▇▇▇▇, SEC DelwrBy |
| Witnessed By: | USCG Witness; , |

Tracking:
Attachments:
- Bluefin Drug Test Results.pdf; Documentary Evidence; Sector Delaware Bay; ▇▇▇▇ 12/10/2010;

**3886040-033-▇**
Drug test results for crew of OSG CONSTITUTION
Collection Information:

| | |
| --- | --- |
| Date/Time: | 01/04/2011 1:29:00 PM |
| Location: | Sector Delaware Bay |
| Collected By: | USCG Gathered; CWO4 ▇▇▇▇, SEC DelwrBy |
| Witnessed By: | USCG Witness; , |

| Report of Investigation |
| --- |

Tracking:
Attachments:
- OSG Constitution drug test results.pdf; Documentary Evidence; Sector
Delaware Bay; ███████.; 01/04/2011;

3886040-034-███
Email from Rhodes Electronics regarding previous servicing of AutoPilot on BLUEFIN;
includes a diagram of the installation.
Collection Information:
Date/Time:      12/14/2010 3:41:00 PM
Location:       Sector Delaware Bay
Collected By:   USCG Gathered; CWO4 ███████, SEC DelwrBy
Witnessed By:   USCG Witness; ,
Tracking:
Attachments:
- Email from Rhodes Electronics.pdf; Documentary Evidence; Sector Delaware
Bay; ███████.; 01/06/2011;

3886040-035-███
SIMRAD AP50 Plus Operator Manual
Collection Information:
Date/Time:      01/05/2011 2:18:00 PM
Location:       Sector Delaware Bay
Collected By:   USCG Gathered; CWO4 ███████, SEC DelwrBy
Witnessed By:   USCG Witness; ,
Tracking:
Attachments:
- Simrad AP50 Plus operators manual.pdf; Documentary Evidence; Sector
Delaware Bay; ███████.; 01/19/2011;

3886040-036-███
SIMRAD AP50 Plus Installation Manual
Collection Information:
Date/Time:      01/05/2011 2:19:00 PM
Location:       Sector Delaware Bay
Collected By:   USCG Gathered; CWO4 ███████, SEC DelwrBy
Witnessed By:   USCG Witness; ,
Tracking:
Attachments:
- Simrad AP50 Plus installation manual.pdf; Documentary Evidence; Sector
Delaware Bay; ███████.; 01/19/2011;

3886040-037-███
Email from ███████ of Navico responding to questions regarding operation of the
Simrad AP50 Plus
Collection Information:
Date/Time:      01/12/2011 3:26:00 PM
Location:       Sector Delaware Bay

| Report of Investigation |
|---|

                  Collected By:     USCG Gathered; CWO4 ████████, SEC DelwrBy
                  Witnessed By:   USCG Witness; ,
      Tracking:
      Attachments:
              - RE_ Simrad AP50 Plus System.pdf; Documentary Evidence; Sector Delaware
                Bay; ████████; 01/19/2011;

**3886040-038-**████
      Email fm ████████████ of Penn Maritime re: Delivery date of BLUEFIN and
      presence of installer/tech on board at seatrials
      Collection Information:
                  Date/Time:     01/06/2011 1:53:00 PM
                  Location:       Sector Delaware Bay
                  Collected By:     USCG Gathered; CWO4 ████████, SEC DelwrBy
                  Witnessed By:   USCG Witness; ,
      Tracking:
      Attachments:
              - RE_ Tug BLUEFIN (delivery date).pdf; Documentary Evidence; Sector
                Delaware Bay; ████████; 01/19/2011;

**3886040-039-**████
      Email fm ████████████ re:Seatrial date for BLUEFIN
      Collection Information:
                  Date/Time:     01/07/2011 7:53:00 AM
                  Location:       Sector Delaware Bay
                  Collected By:     USCG Gathered; CWO4 ████████, SEC DelwrBy
                  Witnessed By:   USCG Witness; ,
      Tracking:
      Attachments:
              - RE_ Tug BLUEFIN (sea trials date).pdf; Documentary Evidence; Sector
                Delaware Bay; ████████ 01/19/2011;

**3886040-040-**██
      Conversation record with ████████ dated 1/6/2011
      Collection Information:
                  Date/Time:     01/06/2011 11:30:00 AM
                  Location:       Sector Delaware Bay
                  Collected By:     USCG Gathered; CWO4 ████████, SEC DelwrBy
                  Witnessed By:   USCG Witness; ,
      Tracking:
      Attachments:
              - ConRec ████████ 6Jan11.pdf; Witness Statement/Interview Record; Sector
                Delaware Bay; ████████; 01/19/2011;

**3886040-041-**██
      Another email from ████████ of Navico responding to questions regarding operation of
      the Simrad AP50 Plus
      Collection Information:

| Report of Investigation |
| --- |

    Date/Time:      01/25/2011 2:32:00 PM
    Location:        Sector Delaware Bay
    Collected By:   USCG Gathered; CWO4 ▇▇▇▇▇, SEC DelwrBy
    Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
    - RE_ Simrad AP50 Plus System (additional questions).pdf; Documentary
    Evidence; Sector Delaware Bay; ▇▇▇▇▇▇ 01/28/2011;

**3886040-042-▇▇**
Chain of custody forms for drug tests on BLUEFIN crew
Collection Information:
    Date/Time:      01/19/2011 3:11:00 PM
    Location:        Sector Delaware Bay
    Collected By:   USCG Gathered; CWO4 ▇▇▇▇▇, SEC DelwrBy
    Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
    - chain of custody forms.pdf; Documentary Evidence; Sector Delaware Bay;
    ▇▇▇▇▇▇; 01/28/2011;

**3886040-043-▇▇**
MISLE GIS data for BLUEFIN and OSG CONSTITUTION transits. One minute and
five minute intervals
Collection Information:
    Date/Time:      01/28/2011 3:09:00 PM
    Location:        Sector Delaware Bay
    Collected By:   USCG Gathered; CWO4 ▇▇▇▇▇ SEC DelwrBy
    Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
    - Nav Data fm MISLE GIS for BLUEFIN and OSG CONSTITUTION.pdf;
    Documentary Evidence; Sector Delaware Bay; ▇▇▇▇▇▇
    01/28/2011;

**3886040-044-▇▇**
ABS survey of OSG 400 post-casualty
Collection Information:
    Date/Time:      01/31/2011 11:35:00 AM
    Location:        Sector Delaware Bay
    Collected By:   USCG Gathered; CWO4 ▇▇▇▇▇ SEC DelwrBy
    Witnessed By:  USCG Witness; ,
Tracking:
Attachments:
    - absumreportcachedpdf.pdf; Documentary Evidence; Sector Delaware Bay;
    ▇▇▇▇▇▇ 01/31/2011;

**3886040-045-▇▇**

| Report of Investigation |
| --- |

email re: calibrate drive 1&2
    Collection Information:
        Date/Time:      01/31/2011 11:44:00 AM
        Location:       Sector Delaware Bay
        Collected By:    USCG Gathered; CWO4 ███████, SEC DelwrBy
        Witnessed By:   USCG Witness; ,
    Tracking:
    Attachments:
        - ████████ email re calibrate drive 1&2.pdf; Documentary Evidence; Sector
           Delaware Bay; ████████ 02/01/2011;

3886040-046-██
    PENN No. 80 Interim Class Certificate
    Collection Information:
        Date/Time:      11/05/2010 11:06:00 AM
        Location:       O/B BLUEFIN
        Collected By:    USCG Gathered; CWO4 ███████ SEC DelwrBy
        Witnessed By:   USCG Witness; ,
    Tracking:
    Attachments:
        - Interim Class Certificate PENN No 80.pdf; Documentary Evidence; Sector
           Delaware Bay; ████████ 02/01/2011;

3886040-047-██
    Certificate of Inspection: PENN No. 80
    Collection Information:
        Date/Time:      11/05/2010 11:09:00 AM
        Location:       O/B Bluefin
        Collected By:    USCG Gathered; CWO4 ███████, SEC DelwrBy
        Witnessed By:   USCG Witness; ,
    Tracking:
    Attachments:
        - Penn 80 COI.pdf; Documentary Evidence; Sector Delaware Bay; ████████
           ██ 02/01/2011;

3886040-048-██
    Conversation record with ████████ on 2/2/2011
    Collection Information:
        Date/Time:      02/02/2011 1:45:00 PM
        Location:       Sector Delaware Bay
        Collected By:    USCG Gathered; CWO4 ███████ SEC DelwrBy
        Witnessed By:   USCG Witness; ,
    Tracking:
    Attachments:
        - ConRec ████████ 2Feb11.pdf; Witness Statement/Interview Record; Sector
           Delaware Bay; ████████ 02/15/2011;

3886040-049-██

| Report of Investigation |
| --- |

       IOs investigation narrative
       Collection Information:
              Date/Time:     02/15/2011 11:23:00 AM
              Location:       Sector Delaware Bay
              Collected By:    USCG Gathered; CWO4 ███████, SEC DelwrBy
              Witnessed By:  USCG Witness; ,
       Tracking:
       Attachments:
              - IOs Narrative.pdf; Witness Statement/Interview Record; Sector Delaware Bay;
              ██████████ 02/15/2011;

3886040-MISLE-001
       MISLE Notification #446981 for report of incident received by VHF/FM (Channel 16) voice.
       Collection Information:
              Date/Time:     11/06/2010 1:37:00 AM
              Location:       Sector Delaware Bay
              Collected By:    USCG Gathered; ████████ Sector Delaware Bay
              Witnessed By:  USCG Witness; ,
       Tracking:
       Attachments:

| Report of Investigation |
| --- |

## APPENDIX 2 - CORRESPONDENCE

152471 - Privacy Act Statement: ███████████
      Source:           USCG
      Type:             Incoming
      Received:      At Port of Wilmington, DE on 11/07/2010 12:33:00 PM
      Attachments:
          - ███████████ PAS.pdf; Other; Sector Delaware Bay; ███████████
          11/18/2010;

152472 - Privacy Act Statement: █████████
      Source:           USCG
      Type:             Incoming
      Received:      At Port of Wilmington, DE on 11/07/2010 12:35:00 PM
      Attachments:
          - ███████████ PAS.pdf; Other; Sector Delaware Bay; ███████████;
          11/18/2010;

152473 - Privacy Act Statement: █████████
      Source:           USCG
      Type:             Incoming
      Received:      At Port of Wilmington, DE on 11/07/2010 12:35:00 PM
      Attachments:
          - █████ PAS & Contact Info.pdf; Other; Sector Delaware Bay; ███████████
          █; 11/18/2010;

152474 - Privacy Act Statement: █████████
      Source:           USCG
      Type:             Incoming
      Received:      At Port of Wilmington, DE on 11/07/2010 12:36:00 PM
      Attachments:
          - ███████████ PAS.pdf; Other; Sector Delaware Bay; ███████████;
          11/18/2010;