# EXHIBIT 10

# Craig Chesler

| | |
|---|---|
| From: | James Kenny |
| Sent: | Monday, April 09, 2012 11:48 AM |
| To: | 'Mike McCauley' |
| Subject: | Penn - OSG |

Dear Mr. McCauley:

While the parties are attempting to negotiate a settlement of this claim, we would like to attempt to avoid unnecessary motion practice should the matter not be settled. In that regard, we ask that you and OSG consider litigating this matter in the action pending in the United States District Court for the Eastern District of Louisiana at New Orleans. In consideration for that agreement the P&I underwriter of Penn, North of England, will agree to amend in part the LOU dated November 23, 2010 so that it would read that

    1.    To file upon your demand an appearance on behalf of the owner of the Vessels, in a suit commenced by OSG 400 LLC in the United States District Court for the Eastern District of Louisiana (the "Lawsuit"), and a statement of right or interest by the owner in the Lawsuit, Vessels lost or not lost, present in the jurisdiction or not.

All other terms of the LOU would remain the same. OSG would have the same security to satisfy a judgment rendered in the Louisiana action as it would have had in the Pennsylvania action.

We look forward to a prompt response. Thank you.

Jim Kenny

Kenny & Zonghetti, LLC
26 Broadway
New York, NY 10004
212-422-6111

1